**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ **DIVISION**

**CASE NO.** _____

I.   Parties

5:07CV00231 JMM/JTR

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: David Felty
     ADC # 95976

     Address: 2501 State Farm Rd Tucker, Arkansas 72168

     Name of plaintiff: NONE
     ADC # NONE

     Address: NONE

     Name of plaintiff: NONE
     ADC # NONE

     Address: NONE

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: Arkansas Department Of Correction (A.D.C.)

     Position: Prison System of Arkansas

     Place of employment: Arkansas Dept of Correction

     Address: P.O. Box 8707 Pine Bluff, Arkansas 71611

     Name of defendant: Mr. Max Mobley

     Position: Deputy Director, Health And Correctional Programs

     Place of employment: Arkansas Department of Correction

Address: _P.O. Box 8707 Pine Bluff, Arkansas 71611_

Name of defendant: _Correctional Medical Service's (CMS)_

Position: _Medical Service's for Arkansas Dept of Correction_

Place of employment: _Arkansas Dept of Correction_

Address: _P.O. Box 411243 St. Lous, MO. 63141_

Name of defendant: _Dr. Hugh Burnett_

Position: _Doctor for CMS./A.D.C./State of Arkansas_

Place of employment: _Correctional Medical Service's_

Address: _10310 W. Markham, #300 LittleRock, Arkansas 72205_

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A    Have you begun other lawsuits in state or federal court dealing with the same    facts involved in this action?

Yes ___   No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____ NONE _____

_____

Defendants: _____ NONE _____

_____

☐    Court (if federal court, name the district; if state court, name the county):

_____ NONE _____

☐   Docket Number: _____ NONE _____

☐   Name of judge to whom case was assigned: _____ NONE _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed?
     Is it still pending?) _____ NONE _____

☐   Approximate date of filing lawsuit: _____ NONE _____

☐   Approximate date of disposition: _____ NONE _____

IV.   Place of present confinement: _Tucker Max Unit 2501 State_
      _Farm Rd. Tucker, Arkansas 72168_

V.    At the time of the alleged incident(s), were you:
      (check appropriate blank)

      _____ in jail and still awaiting trial on pending criminal charges

      ✓ serving a sentence as a result of a judgment of conviction

      _____ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____ NONE _____

      _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
      of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a
      prisoner grievance procedure in the Arkansas Department of Correction, and in several
      county jails. Failure to complete the exhaustion process provided as to each of the claims
      asserted in this complaint may result in the dismissal without prejudice of all the claims raised
      in this complaint.

      A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

            Yes ✓ No _____

      B.    Did you completely exhaust the grievance(s) by appealing to all levels within the
            grievance procedure?

            Yes ✓ No _____

If not, why? _On a couple I did not because_
_I did not receive a response back to Informal,_

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

\* See Attached Page's \*
of Statement of Claim.

\* Page's 1 of 10 \*

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$50,000.00 for past pain and suffering and $250,000.00 for future pain and suffering, Legal /Attorney's Fee's, Reimbursted Amount of law suit, corrective surgery to get stone out of i.e. Wharton's duct.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this **30** day of **August** , 20 **07** .

David Fetty #95976

_____

Signature(s) of plaintiff(s)

Revised 05/02/05

Plaintiff: David Felty #95A76                    ( pg. 1 of 10 )

— Statement Of Claim —

8/30/07

On July 16, 2000 I wrote a grievance # CU00-4651 in concern's to inadiquit medical care in reuakence to medication and timly treatment.

It concern's a salivary stone at the (Wharton's duct) in my mouth below my ~~tongue~~ tongue that I wished/wish to have removed and in the time between removal to be placed on antibrotics.

(CMS) Correctional Medical Services responded 8/1/00 by statering I had been seen by Dr. Casey April 3, 2000, on the response it denotes Stone Underneath ~~tinnea~~ tongue.

Inmates Complaint(s): On or about 4/10/00, I was seen by Dr. Casey concerning a stone in my saliva gland underneath my tongue. Dr. Casey stated that I would have to be scheduled to see (ENT) Ear, Nose and Throat clinic.

Response: In review of your medical record, it is noted that Dr. Casey had written a consultation request for you to go to (ENT) on 4/3/00. You were placed on antibiotic's for ten day's and instructed to return in three week's. I apologize for the delay in getting you scheduled with the (ENT) specialist. Please contrnue to watch the lay-in list for your appointment.

Recommendation's: "there was nothing written in that space."

Responding Staff: S. Bess, MRS   Date: 8/1/00

Follow Up Required ? NO ☒  Yes ☐  Date _____

CMS responded because, on 7/17/00 Warden Hipple of the Arkansas Dept of Correction's (A.D.C) Cummin's Unit forwarded it to (CMS).

As grievance response # CU00-4651 by (CMS) S. Bess States there was no "follow-up and no recommendation's."

I did not receive a response in response to grievance

# CUOO-4651 in regards to my request to receive antibiotics due to infection setting in because of the delay in appointment to see the (ENT) specialist throughout the grievance process.

On 8/9/00 I appealed the grievance # CUOO-4651 respectfully to the next step in the grievance procedure to (CMS) Deputy/Assistant Director's Decision & Deputy Director, Health and Correctional Program's, Mr. Max Mobley stating: I need to be seen by Dr. Casey, the hole that has been created due to this stone was not mentioned in Mrs. Bess response. this hole is infected and needs to be treated. It can be treated at this level. I need prompt medical attention.

Again this appeal was made 8/9/00 to Mr. Max Mobley Deputy Director, Health and Correctional Programs.

I receive a reply from his office acknowledging receipt of my grievance (#CUOO-4651) appeal stating his office would reply with communication by Sept 13, 2000.

On "March 26, 2004" this is the communication I received by: Mr. Max Mobley in concerns to grievance(#CUOO-4651).

"Decision: First, I apologize for the lengthly delay in responding to this grievance appeal. It was lost in my office. I have contacted your present unit and found that the appropriate procedure was done and the stone was removed from your saliva gland. Since this issue has been resolved your appeal now has no merit."

"Signed: Mr. Max Mobley 3/26/04"

— NEXT —

From the date that the (10) ten day script for antibiotics was written by: Dr. Casey April 3, 2000 — April 13, 2000, I did not receive additional antibiotics for the infection untill I was transfered to the Calico Rock Unit.

Antibiotics were order within the dates of 10/24/01 — 10/4/02 but I do not have specifics, this was the time I was housed at the Calico Rock Unit.

There were a couple of times within the time 10/4/02 — 4/16/03 at the Grimes Unit I received antibiotics.

Twice at the Grimes Unit exploratory surgery was performed by an un-known doctor/dentist, 12/20/02 and on 12/27/02 with granials observed.

These surgery's were on exactly the same location, not at the Wharton's Duct on the floor of the mouth where the stone was ~~and remains~~ but over an (1) inch away on the right lobal area next to my bottom first molar tooth.

I was placed on antibiotics for recovery of this and refered to Dr. Hugh Burnett (ENT).

Prior to this referal and surgery an x-ray report was made by: Laura M. Wrinkle dated: 9/27/2001

  "International Radiology Group Inc.
  1909 Hi Line Drive
  Dallas, Texas. 75207

* there is a calcific density seen inferior to the level of the mandible on the lateral. this could represent a salivary stone. Clinical correlation is recommended. By: M. Clarke, M.D.

Dr. Hugh Burnett noted the infected and dialated Wharton's Duct and the other infected area that the stone had been partially flipping out of the Wharton's Duct and rubbing raw.

X-ray's were ordered #25099 on 3/12/03 with note: "there is no evidence of any lymphadenopathy.

Reason for Study: Repeated swelling of right sub-mandibulary gland."

There was no repeated swelling the swelling and pus substance was present before and after intercaction with Dr. Hugh Burnett.

Other date's for x-ray's were 1/17/02 at the Diagnostics Unit where Dye was injected into the Wharton's Duct, 12/20/02 and 12/27/02 other X-ray's were performed at Dr. Hugh Burnett's request.

CT Facial Bones: there is seen a polyp in the right maxillary sinus.

                    Received July 30, 2003


                    Mufiz Chauhan, M.D.
                    Radiologist


No follow-up was done, no boipsy performed of this polyp, by Dr. Burnett.

Dr. Burnett prior to surgery had x-ray sample ID: 312031579 a (MRI) Magnetic Resonance Imaging done by: Newport Hospital and Clinic, Inc.
        2000 Mclain Street Newport, AR. 72112

Statement of Claim

Dr. Dalal, Jacob Director
Ph: 870-523-6721   Fax 870-523-4437

Prior to surgery Dr. Burnett did not have a biopsy performed by fine-needle aspiration, nor was ductal cannulation performed to remove stone out of Wharton's Duct, It was not dilated to try to remove stone (Wharton's Duct), **via a transoral** approach being the stone is/was in the proximity of the opening of the Wharton's Duct.

Surgery to excise submandibular gland was performed 4/16/03 By: Dr. Hugh Burnett at South West Hospital in Little Rock, AR. leaving a _2 3/8 Inch_ long, scar below the jaw line on my neck and the problem stone still inside the opening of the Wharton's Duct.

I have not been able to shave with a razor since the surgery (excised gland), I have a shaving script that allows the use of clippers.

I personally, nor medical personal perform my shaves, but a inmate barber and not daily as I would wish, but once every two weeks.

And that is if I can get (A.D.C.) staff to place me on the barber list, if not resulting in a month's worth of facial and neck hair.

By direction of Dr. Hugh Burnett my excised submandibular gland was sent to Oral and Maxillo-facial Pathology Laboratory, College of Dentistry - the University of Oklahoma - Health Services Center - Post

Office Box 26901 Oklahoma City, Ok. 73190, operation
#03-945-02.

In the oral pathology laboratory report, it show's
that there was "areas of incipient stone formation observed,"
but no mention of a stone only the begining of formation.

The clinical history indicates that radiographs were
submitted with the case, however, none were observed.

The above "clinical history" statement was made by
Oral and Maxillofacial Pathology Laboratory on there
report, Dr. Burnett did not forward the privious
x-rays, specifically the 9/27/01 International Radiology
Group Inc. Report noting "there is a calcific desity seen
inferior to the level of the mandible on the lateral. this
could represent a salivary stone. Clinical correlation is
recommended. * X-ray performed by: Laura M. Wrinkle
                    Pathology By: M. Clarke, M.D.

Agein no stone (calcific deposit) was found, only the
begining of stone formation's are found in Dr. Burnett Pathology report.

Mr. Max Mobley stated on Grievance #CU 00-4651
that the stone was removed from the saliva gland.

This is not correct the stone is still in place
in the opening of the Wharton's Duct, further more
the gland is not there for the stone to be removed
from it, the gland was excisied, no stone formation
was found, nor was I personally consulted by him
to see if in fact my issue had been address.

In fact, ⟨D.F.⟩, the problem
stone remains, I still have a pus leakase from

the Wharton's duct and have sharp pains where
the stone rolls and pricks the inside of the
Wharton's duct, or pops out of the Wharton's
duct and sticks the bottom of my tongue causing
me pain and suffering.

I also have a septic smell due to the
infection of the inflamed Wharton's Duct opening into
the mouth cavity.

After surgery (excision) I was placed on anti-
biotics at the Tucker Max Unit by: Dentist R. Carpenter
DDS. and all referals were defered by: Dr Burnett
And A.D.C./ CMS Mr. Max Mobley.

On 11/12/04 R. Carpenter DDS on "Written Sick
Call Response" states: on 11/8/04 he received my
Inmate Complaint: I still have the original stone in
my mouth that was to have been taken out by Dr. Burnett.
Infection has set in badly in two area's.

Response: I could not get you down to dental clinic
today, You are rescheduled for my next clinical day,

Recommendations: If swelling occurs, notify infirmary
ASAP, Same for Pain. Follow-Up Required? NO ☒ YES ☐
Date "None Given"    By R. Carpenter DDS 11/12/04.

On 5/26/05 while at the Tucker Unit a dentist
Parsons. Lamont took some occlusal x-ray's and two
provided a object in the area in question.

It is now 8/30/07 and all a referals are deferred
And I receive no treatment to extract this stone from
the Wharton's duct opening.

— Statement of Claim —   (pg. 8 of 10)

Upon a medical review of my jacket to view the two occlusals it is noted that Dr. Burnett has the occlusals at his office and will return them Grievance #MX #05-01339 ____, yet they have yet to be returned.

He did, however, phone this report, Under Consults; 6/30/05 Phone consult with Dr. Burnett - radiopacity on recent occlusal x-ray is a surgical clip from original treatment and is supposed to be there. Dr. Burnett stated that this surgery went very well and there is no need for follow-up.

Note: Copy of today's entry mailed to MSU to be placed in pt jacket.

Pertaining to Mr. Max Mobley Deputy Director, Health and Correctional Programs, it took from 4/3/00 to 3/26/04 to finalize the grievance process which is only suppost to take no more than 90 days.

Mr. Mobley personally detained my grievance from 8/9/2000 to 3/26/2004

It is my contention (claim) that the stone is still inside the Wharton's Duct and at every level in the chain of custody for grievance and medical service's, that treatment has been very un-professional, in appropriate, inadiqute, un-timely and painful as well as harmful to my dental and oral hygein health, due to infection's in the problem area complained of (Wharton's Duct).

I cannot brush my teeth often due to the pain and suffering of opening my mouth because the toothbrush or the stone rolls around and pricks me or I brush bottom of tongue or floor of mouth to

kill germs.

I continually have problem's with (A.D.C.) staff because they do not honor my (CMS) medical script to shave with **clippers.**

then I have verbal confrontation's with (A.D.C.) staff because I am not in compliance with grooming policys.

Excision of the gland in Dr. Burnett's case was not a first or second alternative, after palpitation showed no result's.

Pathophysiology shows that the salivary gland's serve numerous functions, including lubrication; enzymatic degradation of food substances; production of hormone's, antibodies, and other blood group - reactive substances; mediation of taste; and antimicrobial protection.

I would think that the excision of the saliva gland (sublingual) would have come only after he (Dr. Burnett) personally attempted Wharton Ductal removal at the opening into the mouth via a transoral approach, by either cannulation or dilation

this was not a recurrent inflamation, it was present before and after all date's mentioned in this complaint.

Patients with deep intraparenchymal stones or multiple stones should have their gland's excised on an elective basis, neither of which is/was my case.

In my case (Wharton's Duct) and oblique intraoral occlusal view was/would be best used and an attempt to retract stone from Wharton's Duct before excision.

— Statement Of Claim —          (10 of 10)

Attached As Exhibits Are :1) Grievance # CU00-4651
And all responses. 2) Pathology Report CLIA ID #
37D085644. 3) Written Sick Call Response By :: Dentist
R. Carpenter DDS 11/12/04. 4) Pages 1-14 of http://www.
emedicine.com/ent/topic598.htm ortical on Submandibular
Sialadenitis/Sialadenosis. 5) #7 Use of Clippers to Shave
scripts. 6) Informal Resolution #1666. 7) Informal Resolution
#1668  8) #3 pages of medically defined words pertaining
to issue. 9) #2 pages from artical by Otolaryngolgy
Houston http.//gnorayeb.com/Submandibular Stone.html
concerning 1· Submandibular Gland Stones & Ludwig's Angina,
2· Excision of Submandibular gland. 10) Status Assignment
Sheet showing date of surgury And date of release from
hostpital (South West Hospital in Little Rock) being the same
date 4/16/03  11) Pateint Wrist Band from date of
surgery for excision of submandibular gland MR #0000153649.
12) Grievance # MX05-01339 and all responses to appeal.
13) Response from J. Stell LPN Grievance Nurse at
Tucker Max Unit May 18, 2006 in regards to the two
(2) occlusal's that Dr. Burnett never returned that were
taken (occlusal x-rays) on 5/26/05 by Parsons Lamont
at the Tucker Unit and sent to Dr. Burnett.

— Statement of Claim —

I further swear that the description of the incident contained herein, is a true, accurate and impartial description to the best of my knowledge, information and belief.

Name: David Felty

Date: September 1, 2007

Paul Felty #95976

— Signature —

Subscribed and sworn to before me this 2nd day of SEPTEMBER, 20 07.

Jann C Burks

Notary Public

My Commission Expires: 9-30-2007

Exhibit #
ATTACHMENT I                                C-800-5

**CONFIDENTIAL** GRIEVANCE FORM

OFFICE OF THE
DEPUTY DIRECTOR UNIT/CENTER  _Cummins_

For Office Use Only ~~RECEIVED~~

# _____

JUL 17 2000

Date Received

AUG 1 6 2000,

NAME (Please Print) __David Felty__          ADC # __95976__    CUMMINS UNIT GRIEVANCE/OFFICE

HEALTH & CORRECTIONAL PROGS.
AR DEPT OF CORRECTION
BARRACKS East Building   JOB ASSIGNMENT __Punitive; North #20__

Have you discussed this problem with your immediate supervisor? YES ✓ NO ___ NATURE OR
DESCRIPTION OF THE PROBLEM:

_On or about 4/10/00, I was sent by Dr. Casey_
_concerning a stone ive had in my saliva gland_
_underneath my toung. Dr. Casey stated I would_
_have to be scheduled to see a nose + throat_

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?

_specialist. After this about a month went by_
_+ I placed another sick call to see Dr. Casey_
_in the sick call box, he veiwed me about_

Inmate Signature __David Felty   #95976__   Date _7/16/00_

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If so, why? (Provide Explanation) _____

_two weeks later + adviised me, that the_
_nose + throat specialist the A.D.C. has been_
(NEXT)

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be
declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed
form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt, and
deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center
Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form,
report it immediately to the Warden.

(To be filled out by Receiving Officer)

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _Ronnie Jones_

FROM WHICH INMATE? _David Felty_          ADC # _95976_

DATE _7-16-00_          TIME _10:49pm_

_Ronnie Jones_
Signature of Receiving Officer

Exhibit # _____  C-800-5
ATTACHMENT I

**GRIEVANCE FORM**
UNIT/CENTER _Cummins_

For Office Use Only
# _____

Date Received
_____

NAME (Please Print) _David Felty_  ADC # _95976_

BARRACKS _East Building_ JOB ASSIGNMENT _Punitive; North #20_

Have you discussed this problem with your immediate supervisor? YES ✓ NO ___ NATURE OR
DESCRIPTION OF THE PROBLEM:

useing has quit takeing pateints. He did advise
there was someone they were planning to start
useing. Since these time's ive spoke of, ive place
at the minimum 10 sick call's in there appropriate

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?

box to be see due to infection setting in my
mouth + a hole being created in my gum like
due to this infection. None of these 10 sick

Inmate Signature _David Felty_  #95976  Date _7/16/00_

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If so, why? (Provide Explanation) _____

Call's have been answered. It has been 3
month's to orginize a trip to a nose + throat —
(NEXT)

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be
declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed
form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt, and
deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center
Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form,
report it immediately to the Warden.

(To be filled out by Receiving Officer)
**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _Ronnie Jones_

FROM WHICH INMATE? _David Felty_  ADC # _95976_

DATE _7-16-00_  TIME _10:00 am_

_Ronnie Jones_
Signature of Receiving Officer

Exhibit 4   C-800-5
ATTACHMENT I

**GRIEVANCE FORM**
UNIT/CENTER _Cummins_

For Office Use Only
#_____

Date Received

NAME (Please Print) _David Felty_      ADC # _95976_

BARRACKS _East Building_ JOB ASSIGNMENT _Punitive; North #20_

Have you discussed this problem with your immediate supervisor? YES ✓ NO ___ NATURE OR
DESCRIPTION OF THE PROBLEM:

_specialist, wouldn't the common thing to due_
_is see me the patient + set me back up_
_on Antibiotics, being I was giving them_
_the first time I was seen due to infection?_

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?

_I want to be taken promptly to a nose_
_+ throat specialist + have these stone's taken_
_out. In the mean time seen by medical staff_
Inmate Signature _David Felty #95976_      Date _7/16/00_

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If so, why? (Provide Explanation) _____

_be treated. This is an emergency due to_
_infection has set in my mouth because of_
_lack of professionalizime in C.M.S. at the Cummins Unit._

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be
declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed
form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt, and
deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center
Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form,
report it immediately to the Warden.

---

(To be filled out by Receiving Officer)
**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _Ronnie Jones_

FROM WHICH INMATE? _David Felty_      ADC # _95976_

DATE _7-16-00_      TIME _10:00 AM_

_Ronnie Jones_
Signature of Receiving Officer

Exhibit # ____

# CMS GRIEVANCE RESPONSE

300

Grievance # HU00-4651

| Inmate: Felty, David | | ADC#: 95976 | DOB: |
|---|---|---|---|
| Facility: CUMMINS | | Barracks: EB | |
| Letter Date: 7/17/00 | Date Infirmary Recd: 7/18/00 | | Response Date: |

| Interview: Required | X Deferred |
|---|---|

**Inmate's Complaints:** On or about 4/10/00, I was seen by Dr. Casey concerning a stone I've in my saliva gland underneath my tongue. Dr. Casey stated that I would have to be scheduled to see ENT.

**Response:** In review of your medical record, it is noted that Dr. Casey had written a consultation request for you to go to ENT on 4/3/00. You were placed on antibiotics for ten days and instructed to return in three weeks. I apologize for the delay in getting you scheduled with the ENT specialist. Please continue to watch the lay-in list for your appointment.

**Recommendations:**

**Responding Staff:** *J Bess*

Original - ADC Grievance Officer
Copy - Inmate
Copy - File

Follow Up Required? No x Yes ☐ Date _____

C-800-6

Attachment II

INMATE NAME **Felty, D**         ADC # **95976**  GRIEVANCE #_____

## WARDEN'S/CENTER SUPERVISOR'S DECISION

*I have determined that your grievance is a medical matter. Therefore, I have forwarded your grievance to the Unit Infirmary Manager who will provide a written response or will interview you within 20 working days. Please do not appeal this grievance until the infirmary supervisor has spoken with you, until you have received a response, or the time limit has expired. If you appeal this grievance, you should attach the Infirmary Manager's response to your appeal. Failure to do so may result in your grievance being returned to you for this information before it can be responded to.*

*If you do not agree with my response, you may appeal this decision to the appropriate Assistant Director within ten (10) working days.*



Signature of ARO or Warden's/Supervisor's Designee          Title          Date

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not a part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?

I need to be seen my Dr. Casey, & the hole that has been created due to this stone was not mentioned in Mrs. Bess response. This hole is infected & needs to be treated. It can be treated at this level. I need prompt medical attention.

_____        # 95976        8-9-2000
Inmate Signature                    ADC #              Date

Attachment IV

# ACKNOWLEDGMENT OF GRIEVANCE

TO: Inmate _Felty, David_     ADC# _95976_

FROM: ~~[redacted]~~     TITLE ~~[redacted]~~

RE: Notification of Grievance Received.     Grievance # ~~[redacted]~~

DATE: _august 18, 2000_

Please be advised, I have received your Grievance dated _July 16, 2000_

on _august 16, 2000_

You will receive communication from this office regarding the Grievance

by _Sept. 13. 2000_

Signature of Grievance Officer/ARO

## CHECK ONE OF THE FOLLOWING

_____ This Grievance is of a medical nature and has been forwarded to infirmary staff.

_____ This Grievance has been determined to be an emergency situation, as you so indicated.

Action Taken: _____

____✓____ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

Warden/Center Supervisor's Signature

Deputy/Assistant Director or Director's Signature

Back of Attachment II

Felty, David       95976      ▬▬▬▬▬▬

**INMATE NAME**_____**ADC**_____**GRIEVANCE**_____

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

First, I apologize for the lengthy delay in responding to this grievance appeal. It was lost in my office. I have contacted your present unit and found that the appropriate procedure was done and the stone was removed from your saliva gland. Since this issue has been resolved your appeal now has no merit.

_____        3 - 26 - 04
     **SIGNATURE**                                **DATE**

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

**ORAL AND MAXILLOFACIAL PATHOLOGY LABORATORY**

**COLLEGE OF DENTISTRY THE UNIVERSITY OF OKLAHOMA HEALTH SCIENCES CENTER**

*Post Office Box 26901*
*Oklahoma City, OK  73190*
*Telephone (405) 271-4333*
*Fax (405) 271-3385*

CLIA ID# 37D0856444

| PATIENT NAME | | OP NUMBER | |
|---|---|---|---|
| Felty, David | | 03   945 | 02 |
| **ADDRESS** | CMS/PO Box 411243 | | |
| | St. Louis,  MO   63141 | | |
| **SUBMITTED BY** Dr. Hugh Burnett | | **DATE SUBMITTED** 4/16/03 | |
| **ADDRESS** | 10310 W. Markham, #300 | **DATE RECEIVED** 4/17/03 | |
| | Little Rock, AR 72205 | **DATE PRINTED** 4/18/03 | |

| CLINICAL HISTORY | AGE 33 | SEX M | RACE C | SOCIAL SECURITY # ADC #095976 | DOB 1-14-70 |
|---|---|---|---|---|---|

This 33 year old caucasian male presents with swelling involving the right submandibular gland. Operation: excision. Clinical impression: sialadenitis and sialolithiasis. The clinical history indicates that radiographs were submitted with the case, however, none were observed.

Gross Description: Received in formalin is a fragment of brown-white soft tissue which measures 4 x 2 x 2 cm. The specimen is multisected and representative sections are submitted in cassettes #'s 1, 2, 3, 4, and 5. GDH/kl

Microscopic Description: Sections reveal a soft tissue specimen composed of submandibular salivary gland. The gland is composed of both mucous and well as serous acini. Areas of fatty infiltration, fibrosis, an infiltrate of chronic inflammatory cells, ductal ectasia, and areas of incipient stone formation are observed.

## PATHOLOGIC DIAGNOSIS

Right submandibular gland, excision:  benign salivary gland exhibiting chronic sialadenitis with incipient sialolithiasis.

*96 ___ 4/18/03*

Stephen K. Young, DDS, MS        David M. Lewis, DDS, MS        Glen D. Houston, DDS, MSD
Fellows, American Academy of Oral and Maxillofacial Pathology
Diplomates, American Board of Oral and Maxillofacial Pathology

210- 7 0 0- 33 1 GDH ICD-9:527.2

# WRITTEN SICK CALL RESPONSE

Exhibit #___

Inmate: _Felty, David_  ADC # _95976_  DOB: _1-14-70_

Facility: __Maximum Security Unit__  Barracks: _#_

Sick Call Date: _11-8-04_  Date Recvd in Infirmary: _11-12-04_  Response Date: _11-12-04_

Inmate's Complaints: _I still have the original stone in my_
_mouth that was to have been taken out by Dr. Burnett._
_Infection has set in badly in two areas._

Response: _I could not get you down to_
_dental clinic today. You are re-scheduled_
_for my next clinical day._

Recommendations: _If swelling occurs, notify infirmary_
_ASAP. Same for Pain_

_R. Carpenter_ DDS  _11-12-04_
**Nurse**  **Date**

Original - Inmate
Copy - Medical Record

Follow Up Required?  No ☒  Yes ☐  Date _____



Prefer case-based CME?          Try our latest online course! FREE!
emedicine                       A 70-Year-Old Teacher With Worsening Lethargy

(advertisement)

Search 🔍        Home  |  Specialties | Resource Centers | CME | PDA | Contributor Recruitmer

Marc

Articles     Images     CME     Patient Education ■Advanced Search ■Consumer Health Lin!

Back to: eMedicine Specialties > Otolaryngology and Facial Plastic Surgery > Salivary Glands

**Quick Find**

Author Information
Introduction
Clinical
Differentials
Workup
Treatment
Medication
Follow-up
Pictures
Bibliography

Click for related images.

# Submandibular Sialadenitis/Sialadenosis

Rate this Article

Email to a Colleague

**Last Updated:** November 18, 2003

**Synonyms and related keywords:** sialolithiasis, Sjögren disease, Sjögren syndrome, Sjogren disease, Sjogren syndrome

| AUTHOR INFORMATION | Section 1 of 10 | Next❭ |
|---|---|---|

Author Information Introduction Clinical Differentials Workup Treatment Medication
Follow-up Pictures Bibliography

**Author: Adi Yoskovitch, MD, MSc**, Consulting Staff, Department of Otolaryngology - Head and Neck Surgery, Sir Mortimer B Davis Jewish General Hospital

Adi Yoskovitch, MD, MSc, is a member of the following medical societies: American Academy of Facial Plastic and Reconstructive Surgery, American Academy of Otolaryngology-Head and Neck Surgery, Canadian Academy of Facial Plastic and Reconstructive Surgery, and Royal College of Physicians and Surgeons of Canada

**Editor(s): Richard V Smith, MD, FACS**, Director of Clinical Affairs, Associate Professor, Department of Otolaryngology, Division of Head and Neck Surgery, Einstein College of Medicine Montefiore Medical Center; **Francisco Talavera, PharmD, PhD**, Senior Pharmacy Editor, Pharmacy, eMedicine; **Dominique Dorion, MD**, Program Director and Division Chairman, Professor of Surgery, Division of Otolaryngology, University of Sherbrooke, Canada; **Christopher L Slack, MD**, Consulting Staff, Otolaryngology-Facial Plastic Surgery, Lawnwood Regional Medical Center; and **Arlen D Meyers, MD, MBA**, Professor, Department of Otolaryngology-Head and Neck Surgery, University of Colorado School of Medicine

| INTRODUCTION | Section 2 of 10 | ❬Back Top Next❭ |
|---|---|---|

Author Information Introduction Clinical Differentials Workup Treatment Medication
Follow-up Pictures Bibliography

**Background:** Sialadenitis of the submandibular gland is a relatively commonly

**Related Articles**

**Continuing Education**

CME available for this topic. Click here to take this CME.

**Patient Education**

Click here for patient education.

encountered yet infrequently discussed topic. Causes range from simple infection to autoimmune etiologies. Although not as frequent as sialadenitis of the parotid gland, it represents an important area of clinical relevance to the otolaryngologist and other specialists. The following discusses the basic science of the submandibular gland, as well as the more common causes of sialadenitis and sialadenosis of the submandibular gland.

## Anatomy

The submandibular gland, along with the parotid and sublingual glands, comprise the major salivary glands. The minor salivary glands are scattered along the upper aerodigestive tract, including the lips, mucosa of the oral cavity, pharynx, and hard palate.

The submandibular gland is the second largest (approximate weight, 10 g) of the major salivary glands (the parotid gland is the largest). Anatomically, it is situated in the submandibular triangle of the neck.

The gland itself can be arbitrarily divided into superficial and deep lobes based on its relationship to the mylohyoid muscle, the former lying superficial to the muscle, and the latter wrapping around the posterior aspect of the muscle. The gland itself lies on the hyoglossus muscle, superficial to both the hypoglossal and the lingual nerves, the latter supplying parasympathetic innervation by way of the chorda tympani nerve (from cranial nerve VII) and the submandibular ganglion. The duct of the submandibular gland, also known as the Wharton duct, exits the gland from the deep lobe, passing through the floor of the mouth, and opening in close proximity to the lingual frenulum.

## Pathophysiology: The salivary glands serve numerous functions, including lubrication; enzymatic degradation of food substances; production of hormones, antibodies, and other blood group–reactive substances; mediation of taste; and antimicrobial protection. The regulation of salivary flow is primarily through the autonomic system and, most importantly, the parasympathetic division. In the case of the submandibular gland, this is mediated through the submandibular ganglion. Presynaptic fibers are derived from the superior salivatory nucleus and carried by the chorda tympani nerve, which joins the lingual nerve traveling towards the ganglion. Postsynaptic fibers extend from the ganglion to the gland itself.

Saliva is produced in the glandular subunit. The fluid component of the saliva is derived from the perfusing blood vessels in proximity to the gland, while the macromolecular composition is derived from secretory granules within the acinar cells. The saliva is produced in the acinus. Myoepithelial cells, containing contractile elements, are located along the periphery of the acinus. Upon contraction of these myoepithelial cells, the saliva is secreted into the ductal system.

The exact mechanism of salivary secretion is not completely understood but is believed to be under the influence of a cyclic AMP (adenosine 3,'5'-cyclic monophosphate) and a calcium-activated phosphorylation mechanism. The salivary secretions are then modified by a variety of cell types along a series of ducts, including the striated, intercalated, and excretory ducts, before finally being excreted through the Wharton duct into the oral cavity.

The concentration of mucus is higher in the submandibular gland, accounting



COUNTING SHEEP
**IS NOT**
A TREATMENT
STRATEGY.

A 50-YEAR-OLD
ATTORNEY WITH
FATIGUE AND
SLEEPLESSNESS.

**medicine**

for the viscous nature of its secretions relative to the other salivary glands. This increased viscosity, and subsequent relatively slower flow, contributes to the propensity for salivary gland calculi and stasis in certain disease states.

**Frequency:**

- **In the US:** The exact frequency of submandibular sialadenitis is unclear. The incidence of acute suppurative parotitis has been reported at 0.01-0.02% of all hospital admissions. The submandibular gland is suggested to account for approximately 10% of all cases of sialadenitis of the major salivary glands. Extrapolation would suggest an incidence of 0.001-0.002%, but this is unconfirmed.

**Race:** No race predilection per se exists.

**Sex:** No sex predilection per se exists.

**Age:** Although no obvious age predilection exists, per se, sialadenitis as a whole tends to occur in the older, debilitated, or dehydrated patient.

| **CLINICAL** | **Section 3 of 10**  ⟨Back  Top  Next⟩ |
|---|---|

Author Information Introduction Clinical Differentials Workup Treatment Medication
Follow-up Pictures Bibliography

**History:** Submandibular sialadenitis takes several forms. The diagnostic workup of any submandibular enlargement begins with a thorough history. This should include onset, duration of symptoms, recurrence, recent operative history, recent dental work, and thorough drug history, immunization history (specifically measles, mumps, rubella [MMR] vaccine), past medical (specifically autoimmune) history, past surgical history, and history of radiation therapy. Inquire as to associated fever or chills, weight loss, presence of a mass, bilaterality or unilaterality, skin changes, lymphadenopathy, keratitis, shortness of breath, oral discharge, dental pain, or skin discharge.

**Physical:** Physical examination should begin with the gland itself. The gland should be palpated for the presence of calculi. Examine the ductal opening for purulence. Palpation should extend into the floor of mouth as well as the soft tissue of the tongue, cheek, and neck. Lingual papillary atrophy should be looked for, as well as loss of enamel from the tooth surface (the latter may be associated with bulimia). All of the major salivary glands should be examined for masses, symmetry, and the presence of discharge. The presence of lymphadenopathy should be noted. The eyes should be examined for any presence of interstitial keratitis. A quick cranial nerve examination should be conducted with particular attention to cranial nerves VII and XII. The lungs should be examined and a chest radiograph ordered if suspected pulmonary involvement exists.

**Causes:**

- Acute sialadenitis: Acute sialadenitis is an acute inflammation of a salivary gland.

    ○ Patients typically present with erythema over the area, pain, tenderness upon palpation, and swelling. Frank cellulitis and

Case 5:07-cv-00231-JMM   Document 2   Filed 09/07/07   Page 29 of 62

Exhibit # _____

induration of adjacent soft tissues may be present. Purulent material may be observed being expressed from the Wharton duct, particularly upon milking the gland. Rarely, a cutaneous fistula may occur, with spontaneous drainage of purulent material. The inflammation is secondary to an infectious process.

- The most common organism is *Staphylococcus aureus*. Other bacterial organisms include *Streptococcus viridans, Haemophilus influenzae, Streptococcus pyogenes,* and *Escherichia coli*. The infection is often the result of dehydration with overgrowth of the oral flora. The most common causes are postoperative dehydration, radiation therapy, and immunosuppression (eg, diabetes mellitus, organ transplant, chemotherapy, human immunodeficiency virus).

- Of note, infection of the submandibular gland is rare in the neonate and prepubescent child. When it does occur, similar pathogens have been identified, including *Pseudomonas aeruginosa* and group B streptococci. Physical examination, in addition to the symptoms described above, includes failure to thrive and irritability. Progression may occur, involving the contralateral gland. The etiology of this entity is unclear.

- Although less common than bacteria, several viruses have been implicated in submandibular sialadenitis. These include the mumps virus, which typically affects the parotid gland but can affect the submandibular gland as well. Other viruses include HIV, coxsackievirus, parainfluenza types I and II, influenza A, and herpes.

- Infection of the submandibular gland can result in the formation of a submandibular abscess. In this state, the patient may appear toxic, with features similar to acute submandibular sialadenitis. Spiking fevers are not uncommon. This is a serious condition requiring strict attention because of the possibility that the abscess may spread to involve other deep neck spaces of the neck. Trismus may be indicative of parapharyngeal involvement. Progression to Ludwig angina, a life-threatening infection of the submental and sublingual spaces, although rare, can occur.

- Chronic sialadenitis: Chronic sialadenitis, in contrast, is typically less painful and is associated with recurrent enlargement of the gland (often following meals) typically without erythema. The chronic form of the disease is associated with conditions linked to decreased salivary flow, rather than dehydration. These conditions include calculi, salivary stasis, and a change in the fluid and electrolyte composition of the gland.

- ✳ Sialolithiasis: Salivary calculi (sialolithiasis) relate to the formation and deposition of concretions within the ductal system of the gland.

  - Eighty percent of all salivary calculi occur in the submandibular gland, with approximately 70% of these demonstrable as radio-opacities on routine plain radiography consisting of intraoral occlusal radiographs.

- The calculi vary in size and may be single or multiple. The formation of calculi is associated with chronic sialadenitis, and in particular, the recurrent nature of the problem.

- The exact mechanism of stone formation is unclear, but it appears to be related to the following conditions:

  - Salivary stagnation

  - Epithelial injury along the duct resulting in sialolith formation, which acts as a nidus for further stone formation

  - Precipitation of calcium salts

- The stones themselves are typically composed of calcium phosphate or calcium carbonate in association with other salts and organic material such as glycoproteins, desquamated cellular residue, and mucopolysaccharides.

- Patients most often present with a colicky postprandial swelling of the gland. The course of the disease is typically relapsing and remitting until a final definitive treatment, usually in the form of surgery, is undertaken.

- Autoimmune sialadenitis: Autoimmune diseases, in particular Sjögren syndrome, can be associated with sialadenitis. Although preferentially affecting the parotid gland, the submandibular and minor salivary glands are also affected. The disease, which is associated with keratoconjunctivitis sicca, xerostomia, salivary gland enlargement, and lingual papillary atrophy, is confirmed through biopsy of the minor salivary glands of the lip. Numerous laboratory tests are also used to confirm the diagnosis, such as autoantibodies Sjögren syndrome A (SS-A) and Sjögren syndrome B (SS-B), rheumatoid factor, and antinuclear antibodies.

- Sialadenosis: Sialadenosis refers to nonneoplastic noninflammatory swelling in association with acinar hypertrophy and ductal atrophy.

  - Etiologies fall into 5 major categories.

    - Nutritional (eg, vitamin deficiency, bulimia)

    - Endocrine (eg, diabetes mellitus, hypothyroidism)

    - Metabolic (eg, obesity, cirrhosis, malabsorption)

    - Inflammatory/autoimmune (eg Sjögren disease, Heerfordt syndrome)

    - Drug induced (eg, thiourea)

  - Physical examination shows a nontender swelling that is often bilateral and symmetric but can be unilateral and asymmetric.

| **DIFFERENTIALS** | **Section 4 of 10** 〖Back Top Next〗 |

Author Information  Introduction  Clinical  Differentials  Workup  Treatment  Medication  Follow-up  Pictures  Bibliography

**Other Problems to be Considered:**

The differential diagnosis of submandibular sialadenitis and sialadenosis includes the following:

Infectious (acute) cause - Bacterial or viral disease

Inflammatory cause - Sialolithiasis, radiation-induced disease

Autoimmune cause - Sjögren disease, lupus

Granulomatous cause - Tuberculosis, tularemia, sarcoidosis, catscratch disease, actinomycosis

Drug-related cause - Thiourea

Neoplastic (benign) cause - Pleomorphic/monomorphic adenoma, oncocytoma, ductal papilloma, hemangioma, foreign body, ranula, lymphoepithelial cyst

Neoplastic (malignant) cause - Adenoid cystic carcinoma, mucoepidermoid carcinoma, adenocarcinoma, undifferentiated carcinoma, malignant oncocytoma, squamous cell carcinoma

Endocrine cause - Hypothyroidism, diabetes mellitus

Metabolic cause - Vitamin deficiency, cirrhosis, obesity, bulimia, malabsorption

| **WORKUP** | **Section 5 of 10** 〖Back Top Next〗 |

Author Information  Introduction  Clinical  Differentials  Workup  Treatment  Medication  Follow-up  Pictures  Bibliography

**Lab Studies:**

- In evaluating the patient with sialadenitis, steps should be taken in the following order: history, physical examination, culture, laboratory investigation, radiography, and if indicated, fine-needle aspiration biopsy (see History and Physical).

- Laboratory investigations should begin with culture of the offending gland (if possible, prior to the administration of antibiotics).

- Blood cultures should be obtained in the patient exhibiting bacteremia or sepsis.

- As a rule, needle aspiration of a suspected abscess is not indicated.

- Routine electrolytes and complete blood cell count with differential should be obtained to assess for any evidence of dehydration or systemic infection.

Case 5:07-cv-00231-JMM　Document 2　Filed 09/07/07　Page 32 of 62

Exhibit # _____

- If a diagnosis of autoimmunity is entertained, serum analysis for antinuclear antibody, SS-A, SS-B, and erythrocyte sedimentation rate should be conducted.

**Imaging Studies:**

- Numerous radiologic techniques are available in submandibular imaging. Deciding which study to obtain first is often difficult. Examination selection should be based in part on the suspected cause of the problem. The authors' institution tends to begin with plain radiography, followed by the use of computed tomography scanning with combined sialography.

- Of all the radiologic examinations available, one of the simplest is conventional plain radiography. Anteroposterior, lateral, and oblique intraoral occlusal views are used. This technique is particularly valuable in evaluating the presence of calculi, which are radio-opaque in approximately 70% of cases. These radiographs are limited in that they do not provide any information about the ductal system or soft tissues.

- Sialography can be used to evaluate sialolithiasis or other obstructive entities, as well as inflammatory and neoplastic disease.

    - In this technique, a water-soluble medium such as meglumine diatrizoate is injected into the Wharton duct and lateral, oblique, and anteroposterior plain radiographs are obtained in order to assess the ductal arborization.

    - Contraindications for this test are iodine allergy and acute sialadenitis.

    - Any filling defects (eg, calculi), retained secretions (eg, chronic sialadenitis), stricture formation (eg, inflammation), extravasation (eg, Sjögren disease), or irregularly contoured borders (eg, neoplasm) are noted.

- Ultrasonography can be used to differentiate between solid versus cystic lesions of the gland. It can also be used to differentiate intrinsic from extrinsic disease and can be helpful in identification of abscess formation.

- Computed tomography scanning is an excellent modality in differentiating intrinsic versus extrinsic glandular disease. It is also extremely valuable in defining abscess formation versus phlegmon. It is limited in evaluating the ductal system unless combined with simultaneous sialography.

- Magnetic resonance imaging is of little utility in sialadenitis or sialadenosis. It does not allow evaluation of the ductal system, and it is not helpful in defining calcifications. It is an excellent tool for soft tissue definition and is invaluable in instances of suspected neoplasia.

**Procedures:**

- Fine-needle aspiration and biopsy

    - Open biopsy of the lip should be considered when the diagnosis of Sjögren disease is contemplated.

    - If suspicion of a solid neoplasm masquerading as sialadenitis is significant, a fine-needle aspiration with biopsy should be undertaken. The management and differential diagnosis of submandibular neoplasms is beyond the scope of the current discussion.

| **TREATMENT** | Section 6 of 10 [Back Top Next] |

Author Information  Introduction  Clinical  Differentials  Workup  Treatment  Medication  Follow-up  Pictures  Bibliography

**Medical Care:** Management of submandibular sialadenitis and sialadenosis involves a wide range of approaches, from conservative medical management to more aggressive surgical intervention.

- One management scheme is as follows:

  - Acute sialadenitis

    - Medical management - Hydration, antibiotics (oral versus parenteral), warm compresses and massage, sialogogues

    - Surgical management - Consideration of incision and drainage versus excision of the gland in cases refractory to antibiotics, incision and drainage with abscess formation, gland excision in cases of recurrent acute sialadenitis

  - Salivary calculi

    - Medical management - Hydration, compression and massage, antibiotics for the infected gland

    - Surgical management - Duct cannulation with stone removal, gland excision in recurrent cases

  - Sjögren disease

    - Medical management - Hydration, dental hygiene, rheumatology and dental referral

    - Surgical management - Gland excision not usually needed unless recurrent acute sialadenitis

  - Sialadenosis

    - Medical management - Treatment of underlying cause

    - Surgical management - Not indicated

- Medical management centers on eliminating the causative factor.

  - Acute sialadenitis

    - In cases of acute sialadenitis, adequate hydration should be ensured and electrolyte imbalances corrected.

    - Patients are most often treated on an outpatient basis, with the administration of a single dose of parenteral antibiotics in an emergency department, followed by oral antibiotics for a period of 7-10 days. Clindamycin (900 mg IV q8h or 300 mg PO q8h) is an excellent choice and provides good coverage against typical organisms.

    - Patients who exhibit significant morbidity, are significantly dehydrated, or are septic should be admitted to hospital. In this latter group of patients, CT scanning of the area should be performed. If a large abscess is noted, incision and drainage should be considered. Small abscesses typically respond to conservative methods.

    - In cases refractory to antibiotics, viral and atypical bacterial causes should be considered.

Case 5:07-cv-00231-JMM  Document 2  Filed 09/07/07  Page 34 of 62

Exhibit #_____

- ○ Sialolithiasis

    - ▪ Patients with sialolithiasis should be initially treated with hydration, warm compresses, and gland massage.

    - ▪ Antibiotics are indicated in patients exhibiting infection,

- ○ Sjögren disease

    - ▪ In those patients with Sjögren disease, hydration and prevention of complications should be undertaken.

    - ▪ Dental hygiene should be strictly maintained in order to prevent carries, and dental and rheumatology consults should be sought. Gland excision is rarely indicated.

- ○ Sialadenosis: Sialadenosis should be managed expectantly. Treatment should be directed towards managing the underlying problem and achieving homeostasis. Gland excision is not indicated.

 **Surgical Care:**

- ● Acute sialadenitis

    - ○ Patients who exhibit significant morbidity, are significantly dehydrated, or are septic should be admitted to hospital. In this latter group of patients, CT scanning of the area should be performed. If a large abscess is noted, incision and drainage should be considered. Small abscesses typically respond to conservative methods.

    - ○ In patients with recurrent acute attacks, gland excision during a period of quiescence should be considered. Serial CT scanning is often useful.

- ● Sialolithiasis

    - ○ In patients with calculi in proximity of the opening of the Wharton duct, the duct can be cannulated, dilated, and the stone removed via a transoral approach.

    - ○ Patients with deep intraparenchymal stones or multiple stones should have their glands excised on an elective basis. Ultrasonic lithotripsy is rarely effective and is not offered at the authors' institution.

---

| **MEDICATION** | **Section 7 of 10** [Back Top Next] |
|---|---|

Author Information Introduction Clinical Differentials Workup Treatment Medication Follow-up Pictures Bibliography

The goals of pharmacotherapy are to eradicate the infection, reduce morbidity, and prevent complications.

## Drug Category: *Antibiotics* – Therapy must cover all likely pathogens in the context of this clinical setting.

| **Drug Name** | Clindamycin (Cleocin) – Lincosamide for treatment of serious skin and soft tissue staphylococcal infections. Also effective against aerobic and anaerobic streptococci |
|---|---|

Case 5:07-cv-00231-JMM    Document 2    Filed 09/07/07    Page 35 of 62

Exhibit #

| | (except enterococci). Inhibits bacterial growth, possibly by blocking dissociation of peptidyl tRNA from ribosomes, causing RNA-dependent protein synthesis to arrest. |
|---|---|
| **Adult Dose** | 900 mg IV q8h<br>300 mg PO q8h |
| **Pediatric Dose** | Not established |
| **Contraindications** | Documented hypersensitivity; regional enteritis; ulcerative colitis; hepatic impairment; antibiotic-associated colitis |
| **Interactions** | Increases duration of neuromuscular blockade induced by tubocurarine and pancuronium; erythromycin may antagonize effects of clindamycin; antidiarrheals may delay absorption of clindamycin |
| **Pregnancy** | B - Usually safe but benefits must outweigh the risks. |
| **Precautions** | Adjust dose in severe hepatic dysfunction; no adjustment necessary in renal insufficiency; associated with severe and possibly fatal colitis by allowing overgrowth of *Clostridium difficile* |

| **FOLLOW-UP** | Section 8 of 10 [Back Top Next] |
|---|---|

Author Information Introduction Clinical Differentials Workup Treatment Medication Follow-up Pictures Bibliography

**Further Inpatient Care:**

- Patients requiring inpatient management should be monitored on a daily basis and preferably twice daily.

- In order to ascertain the progression or improvement of acute sialadenitis, serial CT scanning may be warranted.

- Patients with sialolithiasis should be treated conservatively during the acute exacerbation stage and should be monitored after discharge for definitive surgical intervention.

**Further Outpatient Care:**

- For patients with acute sialadenitis not requiring admission, follow-up visit should be 3 days from the first visit and then 1 week later (with improvement).

- Patients with chronic sialadenitis/sialolithiasis and autoimmune sialadenitis or sialadenosis should be seen on a regular basis and if acute exacerbation of the problem occurs.

**In/Out Patient Meds:**

- In addition to the antibiotics, patients may be treated with any form of nonsteroidal anti-inflammatory medications. Narcotics may be needed in severe cases, and increasing pain

refractory to medications is often an indication for admission for further evaluation.

- In addition, medications predisposing to xerostomia should be avoided where possible. These include antiparkinsonian, antiemetics, antinauseants, over-the-counter and prescription cold medications, antidepressants, antihypertensive agents, diuretics, anticholinergics, antianxiety agents, and decongestants.

### Complications:

- The most serious complication of acute sialadenitis is the formation of an abscess. Management is described above.

- Complications of chronic sialadenitis and autoimmune sialadenitis are most often dental in nature because of the decreased function of the gland and the protective effect provided against caries.

- Chronic inflammation of the gland with or without calculi often renders the gland difficult to excise because of the loss of normal tissue planes.

### Prognosis:

- The prognosis of acute sialadenitis is very good. Most cases are easily treated with conservative medical management, and admission is the exception, not the rule. Acute symptoms resolve within 1 week; however, edema in the area may last several weeks.

- Postsurgery, patients are often already admitted with appropriate intravenous antibiotics. These patients have a similar prognosis.

- Patients with chronic sialadenitis often have a relapsing and remitting course. Prognosis is dependent on the etiology.

- Patients with sialolithiasis require definitive surgical treatment in most cases, which results in an excellent prognosis.

- Patients with Sjögren or other autoimmune diseases are likely to have a protracted course related to systemic involvement.

- Patients with sialadenosis have a good prognosis, if their underlying problem is adequately controlled. Even if control is attained, bilateral swelling may be persistent.

### Patient Education:

- Patients with any form of sialadenitis should be educated as to the value of hydration and excellent oral hygiene. This lessens the severity of the attacks and prevents dental complications. Patients with sialadenosis should be educated regarding the mechanism of their underlying pathology and methods of maintaining control over them.

- eMedicine has excellent patient education resources about dental and oral health available at http://www.emedicinehealth.com/collections/1601.asp. All these resources may be printed free of charge.

| **PICTURES** | **Section 9 of 10** [Back Top Next] |

Author Information Introduction Clinical Differentials Workup Treatment Medication Follow-up Pictures Bibliography

**Caption:** Picture 1. Submandibular sialadenitis/sialadenosis. Submandibular

Exhibit #_____

calculus.



View Full Size Image

eMedicine Zoom View (Interactive!)

**Picture Type:** Image

**Caption:** Picture 2. Submandibular sialadenitis/sialadenosis. Sialogram with stenosis secondary to chronic sialadenosis.



View Full Size Image

eMedicine Zoom View (Interactive!)

**Picture Type:** X-RAY

**Caption:** Picture 3. Submandibular sialadenitis/sialadenosis. Submandibular abscess and associated Ludwig angina.



View Full Size Image

eMedicine Zoom View (Interactive!)

**Picture Type:** Image

**Caption:** Picture 4. Submandibular sialadenitis/sialadenosis. Submandibular neoplasm.

View Full Size Image

Case 5:07-cv-00231-JMM   Document 2   Filed 09/07/07   Page 38 of 62

Exhibit #_____



 eMedicine Zoom View (Interactive!)

**Picture Type:** Image

| **BIBLIOGRAPHY** | **Section 10 of 10** {Back  Top |
| --- | --- |

Author Information Introduction Clinical Differentials Workup Treatment Medication Follow-up Pictures Bibliography



- Batsakis JG: Physiology. In: Cummings CW, et al, eds. Otolaryngology Head and Neck Surgery. 3rd ed. St. Louis, Mo: Mosby; 1998:1210-1222.
- Bradley PJ: Benign salivary gland disease. Hosp Med 2001 Jul; 62(7): 392-5[Medline].
- Chapman AH: The salivary glands, pharynx and esophagus. In: Sutton D, ed. Textbook of Radiology and Imaging. Vol 2. New York, NY: Churchill Livingstone; 1998:729-828.
- Ching AS, Ahuja AT, King AD, et al: Comparison of the sonographic features of acalculous and calculous submandibular sialadenitis. J Clin Ultrasound 2001 Jul-Aug; 29(6): 332-8[Medline].
- Gayner SM, Kane WJ, McCaffrey: Infections of the salivary glands. In: Cummings CW, et al, eds. Otolaryngology Head and Neck Surgery. 3rd ed. St. Louis, Mo: Mosby; 1998:1234-1246.
- Guerrissi JO, Taborda G: Endoscopic excision of the submandibular gland by an intraoral approach. J Craniofac Surg 2001 May; 12(3): 299-303[Medline].
- Haynes RC: Adrenocorticotropic hormone: adrenocortical steroids and their synthetic analogs; inhibitors of the synthesis and actions of adrenocortical hormones. In: Goodman LS, Gilman AG, eds. Goodman and Gilman's The Pharmacological Basis of Therapeutics. 8th ed. New York, NY: Pergamon Press; 1990:1431-1462.
- Isacsson G, Isberg A, Haverling M, Lundquist PG: Salivary calculi and chronic sialoadenitis of the submandibular gland: a radiographic and histologic study. Oral Surg Oral Med Oral Pathol 1984 Nov; 58(5): 622-7[Medline].
- Kaneda T, Minami M, Ozawa K, et al: MR of the submandibular gland: normal and pathologic states. AJNR Am J Neuroradiol 1996 Sep; 17(8): 1575-81[Medline].
- Matthews TW, Dardick I: Morphological alterations of salivary gland parenchyma in chronic sialadenitis. J Otolaryngol 1988 Dec; 17(7): 385-94[Medline].
- Rice DH: Diagnostic imaging. In: Cummings CW, et al, eds. Otolaryngology Head and Neck Surgery. 3rd ed. St. Louis, Mo: Mosby; 1998:1223-1233.
- Rosai J: Major and minor salivary glands. In: Rosai J, ed. Ackerman's Surgical Pathology. Vol 1. St. Louis, Mo: Mosby; 1996:815-856.
- Sande MA, Mandell GL: Antimicrobial agents. Tetracyclines, chloramphenicol, erythromycin, and miscellaneous antibacterial agents. In: Goodman LS, Gilman AG, et al, eds. Goodman and Gilman's The Pharmacological Basis of Therapeutics. 8th ed. New York, NY: Pergamon Press; 1990:1117-1145.
- Saunders JR Jr, Hirata RM, Jaques DA: Salivary glands. Surg Clin North Am 1986 Feb; 66(1): 59-81[Medline].
- Silvers AR, Som PM: Salivary glands. Radiol Clin North Am 1998 Sep; 36(5): 941-66, vi[Medline].
- Sumi M, Izumi M, Yonetsu K, Nakamura T: The MR imaging assessment of submandibular gland sialoadenitis secondary to sialolithiasis: correlation with CT and histopathologic findings. AJNR Am J Neuroradiol 1999 Oct; 20(9): 1737-43[Medline].

**ARKANSAS**
**DEPARTMENT OF CORRECTION** (REV. 07/93)

**MEDICAL RESTRICTIONS/**
**LIMITATIONS/SPECIAL AUTHORIZATIONS**

**MSF-207**

---

**RESTRICT INMATE FROM:**

**PART 1   RESTRICTIONS:**

___ ASSIGNMENTS REQUIRING STRENUOUS PHYSICAL ACTIVITY FOR PERIODS IN EXCESS OF ___ HOURS.

___ ASSIGNMENT REQUIRING PROLONGED CRAWLING, STOOPING, RUNNING, JUMPING, WALKING OR STANDING.

___ ASSIGNMENT REQUIRING HANDLING/LIFTING OF HEAVY MATERIALS IN EXCESS OF ___ POUNDS OR REQUIRING OVERHEAD WORK FOR A PERIOD IN EXCESS OF ___ HOURS.

---

**INMATE REQUIRES:**

**PART 2   LIMITATIONS:**

* ___ BED REST ___ DAYS    REASON: _____

___ NO DUTY ___ DAYS    REASON: _____

___ NO YARD CALL ___ DAYS    REASON: _____

___ NO SPORTS ___ DAYS    REASON: _____

___ ONE ARM/HAND DUTY ___ DAYS

---

**INMATE IS AUTHORIZED TO:**

**PART 3   SPECIAL AUTHORIZATIONS:**

___ REPORT TO THE INFIRMARY FOR SPECIAL TREATMENTS ( ___ )    TIME

___ SOAK: _____

___ EXERCISE: _____

___ OTHER: _____

___ BATHE IN THE INFIRMARY

___ SITZ BATH

___ CAST

___ OTHER: _____

___ HAVE IN POSSESSION:

___ CANE

___ CRUTCHES

___ BRACE: (DESCRIBE BRIEFLY) _____

___ PRESCRIBED FOOTWEAR: _____

___ ORTHOPEDIC APPLIANCE: (DESCRIBE BRIEFLY) _____

___ OTHER: Use Clippers to shave facial hair as in ADC policy

* ___ GO TO DINING/PILL WINDOW/SHOWER ONLY

---

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) STARTS: 8/15/03    DATE    1200 hrs   TIME (MILITARY)

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) ENDS: 12/31/03    DATE    1200 hrs   TIME (MILITARY)

_____
SIGNATURE OF MEDICAL STAFF

DISTRIBUTION:
ORIGINAL - MEDICAL JACKET
PINK - SECURITY
YELLOW - CLASSIFICATION
BLUE - INMATE

NAME: David Felty
DOB: _____
ADC#: 95976

## Arkansas Department of Correction
## RESTRICTION/MEDICAL PASS ORDER

Inmate (Last Name, First Name, MI): **Felty, David L.**   ADC #: **095976**
Facility: Maximum Security Unit                                          Site: MAX
Completed by:  Edna Seals                                           Encounter date:  1
2/30/2003

---

**Restrictions**
    No shaving effective from 12/30/2003 through 03/30/2004
    Order written by Edna Seals on 12/30/2003 at  0:25 AM.

Provider: JR Anderson

**ARKANSAS DEPARTMENT OF CORRECTION** (REV. 07/93)

**MEDICAL RESTRICTIONS/ LIMITATIONS/SPECIAL AUTHORIZATIONS**

**MSF-207**

**RESTRICT INMATE FROM:**

**PART 1 RESTRICTIONS:**

____ ASSIGNMENTS REQUIRING STRENUOUS PHYSICAL ACTIVITY FOR PERIODS IN EXCESS OF _____ HOURS.

____ ASSIGNMENT REQUIRING PROLONGED CRAWLING, STOOPING, RUNNING, JUMPING, WALKING OR STANDING.

____ ASSIGNMENT REQUIRING HANDLING/LIFTING OF HEAVY MATERIALS IN EXCESS OF _____ POUNDS OR REQUIRING OVERHEAD WORK FOR A PERIOD IN EXCESS OF _____ HOURS.

**INMATE REQUIRES:**

**PART 2 LIMITATIONS:**

____ BED REST _____ DAYS    REASON: _____

____ NO DUTY _____ DAYS    REASON: _____

____ NO YARD CALL ____ DAYS    REASON: _____

____ NO SPORTS ____ DAYS    REASON: _____

____ ONE ARM/HAND DUTY ____ DAYS

**INMATE IS AUTHORIZED TO:**

**PART 3 SPECIAL AUTHORIZATIONS:**

____ REPORT TO THE INFIRMARY FOR SPECIAL TREATMENTS  ( _____ )
                                                          TIME

____ SOAK: _____

____ EXERCISE: _____

____ OTHER: _____

____ BATHE IN THE INFIRMARY

____ SITZ BATH

____ CAST

____ OTHER: _____

____ HAVE IN POSSESSION:

____ CANE

____ CRUTCHES

____ BRACE: (DESCRIBE BRIEFLY) _____

____ PRESCRIBED FOOTWEAR: _____

____ ORTHOPEDIC APPLIANCE: (DESCRIBE BRIEFLY) _____

✓ OTHER: _Allow to clip beard with clippers_

____ GO TO DINING/PILL WINDOW/SHOWER ONLY

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) STARTS: _4/13/04_   _1030h_
                                                                            DATE      TIME (MILITARY)

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) ENDS: _7/18/04_   _2300h_
                                                                          DATE      TIME (MILITARY)

_____
SIGNATURE OF MEDICAL STAFF

DISTRIBUTION:
ORIGINAL - MEDICAL JACKET
PINK - SECURITY
YELLOW - CLASSIFICATION
BLUE - INMATE

NAME: _FELTY, D_

DOB: _____

ADC#: _095976_

## Arkansas Department of Correction
## RESTRICTION/MEDICAL PASS ORDER

Inmate (Last Name, First Name, MI): **Felty, David L.**   ADC #: **095976**
Facility: MAXIMUM SECURITY UNIT
Completed by: Lisa Anderson, LPN
0/08/2004

Site:  MAX
Encounter date:  1

**Restrictions**
No shaving effective from 10/08/2004 through 01/08/2005  To keep beard clipped per ADC protocol
Order written by Lisa Anderson, LPN on 10/08/2004 at  8:40 AM.

Provider: Nnamdi Ifediora

**MSF - 207**

## Arkansas Department of Correction
## Medical Restrictions/Limitations/Special Authorizations

Inmate (Last Name, First Name, MI): **Felty, David L.**
Facility: MAXIMUM SECURITY UNIT
Completed by:

ID#: **095976**
Site: MAX
Encounter date: 01/20/2005

---

**Restrictions**
  No shaving effective from 01/20/2005 through 06/30/2005
  USE SHAVING CLIPPERS PER ADC PROTOCOL

Restrictions ordered by: Waseem Shah MD

Over: Witness Information →

Waseem Shah MD

# ARKANSAS
## DEPARTMENT OF CORRECTION (REV. 07/93)

# MEDICAL RESTRICTIONS/
# LIMITATIONS/SPECIAL AUTHORIZATIONS

**MSF-2**

**RESTRICT INMATE FROM:**

**PART 1  RESTRICTIONS:**

\_\_\_\_ ASSIGNMENTS REQUIRING STRENUOUS PHYSICAL ACTIVITY FOR PERIODS IN EXCESS OF \_\_\_\_ HOURS.

\_\_\_\_ ASSIGNMENT REQUIRING PROLONGED CRAWLING, STOOPING, RUNNING, JUMPING, WALKING OR STANDING.

\_\_\_\_ ASSIGNMENT REQUIRING HANDLING/LIFTING OF HEAVY MATERIALS IN EXCESS OF \_\_\_\_ POUNDS OR REQUIRING OVERHEAD WORK FOR A PERIOD IN EXCESS OF \_\_\_\_ HOURS

**INMATE REQUIRES:**

**PART 2  LIMITATIONS:**

\*\_\_\_\_ BED REST \_\_\_\_ DAYS      REASON: _____

\_\_\_\_ NO DUTY \_\_\_\_ DAYS      REASON: _____

\_\_\_\_ NO YARD CALL \_\_\_\_ DAYS      REASON: _____

\_\_\_\_ NO SPORTS \_\_\_\_ DAYS      REASON: _____

\_\_\_\_ ONE ARM/HAND DUTY \_\_\_\_ DAYS

**INMATE IS AUTHORIZED TO:**

**PART 3  SPECIAL AUTHORIZATIONS.**

\_\_\_\_ REPORT TO THE INFIRMARY FOR SPECIAL TREATMENTS  (_____)
TIME

\_\_\_\_ SOAK: _____

\_\_\_\_ EXERCISE: _____

\_\_\_\_ OTHER: _____

\_\_\_\_ BATHE IN THE INFIRMARY

\_\_\_\_ SITZ BATH

\_\_\_\_ CAST

\_\_\_\_ OTHER: _____

\_\_\_\_ HAVE IN POSSESSION:

\_\_\_\_ CANE

\_\_\_\_ CRUTCHES

\_\_\_\_ BRACE: (DESCRIBE BRIEFLY) _____

\_\_\_\_ PRESCRIBED FOOTWEAR: _____

\_\_\_\_ ORTHOPEDIC APPLIANCE: (DESCRIBE BRIEFLY) _____

X OTHER: use clippers to shave

\*\_\_\_\_ GO TO DINING/PILL WINDOW/SHOWER ONLY

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) STARTS: 6·13-05   0900
DATE   TIME (MILITARY)

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) ENDS: 6·13-06   2400
DATE   TIME (MILITARY)

_____
SIGNATURE OF MEDICAL STAFF

DISTRIBUTION:
ORIGINAL - MEDICAL JACKET
PINK - SECURITY
YELLOW - CLASSIFICATION
BLUE - INMATE

NAME
DOB   NAME: FLETY, DAVID
ADC   ADC: 095976
RACE: W   SEX: M   DOB: 01/14/70

**ARKANSAS**        MEDICAL RESTRICTIONS/
**DEPARTMENT OF CORRECTION** (REV. 07/93)    LIMITATIONS/SPECIAL AUTHORIZATIONS    | **MSF-207** |

**RESTRICT INMATE FROM:**

**PART 1  RESTRICTIONS:**

_____ ASSIGNMENTS REQUIRING STRENUOUS PHYSICAL ACTIVITY FOR PERIODS IN EXCESS OF _____ HOURS.

_____ ASSIGNMENT REQUIRING PROLONGED CRAWLING, STOOPING, RUNNING, JUMPING, WALKING OR STANDING.

_____ ASSIGNMENT REQUIRING HANDLING/LIFTING OF HEAVY MATERIALS IN EXCESS OF _____ POUNDS OR REQUIRING OVERHEAD WORK FOR A PERIOD IN EXCESS OF_____ HOURS.

**INMATE REQUIRES:**

**PART 2  LIMITATIONS:**

*_____ BED REST _____ DAYS  REASON: _____

_____ NO DUTY _____ DAYS  REASON: _____

_____ NO YARD CALL _____ DAYS  REASON: _____

_____ NO SPORTS _____ DAYS  REASON: _____

_____ ONE ARM/HAND DUTY _____ DAYS

**INMATE IS AUTHORIZED TO:**

**PART 3  SPECIAL AUTHORIZATIONS:**

_____ REPORT TO THE INFIRMARY FOR SPECIAL TREATMENTS  ( _____ )
                                             TIME

_____ SOAK: _____

_____ EXERCISE: _____

_____ OTHER: _____

_____ BATHE IN THE INFIRMARY

_____ SITZ BATH

_____ CAST

_____ OTHER: _____

_____ HAVE IN POSSESSION:

_____ CANE

_____ CRUTCHES

_X_ BRACE: (DESCRIBE BRIEFLY) _Knee Brace,_

_X_ PRESCRIBED FOOTWEAR: _Athletic shoes_

_X_ ORTHOPEDIC APPLIANCE: (DESCRIBE BRIEFLY) _____

_____ OTHER: _Ace wrap, knee, ACE_
_first aid_

*_____ GO TO DINING/PILL WINDOW/SHOWER ONLY

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) STARTS: _3/19/2007_  _10⁰⁰ AM_
                                                 DATE      TIME (MILITARY)

THIS MEDICAL RESTRICTION(S)/LIMITATION(S)/SPECIAL AUTHORIZATION(S) ENDS: _3/19/2008_  _10⁰⁰ AM_
                                                 DATE      TIME (MILITARY)

_____
SIGNATURE OF MEDICAL STAFF

DISTRIBUTION:
    ORIGINAL - MEDICAL JACKET
    PINK - SECURITY
    YELLOW - CLASSIFICATION
    BLUE - INMATE

| Name: Felty, David L. |
| ADC# 095976 |
| DOB: 01/14/70 |
| W/M |

Exhibit H
#1666

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER  Tucker Max

East #8 Isolation

PLEASE PRINT
Name  David Felty          ADC# 95976  ~~Brks~~       ~~Job Assignment~~

IS THIS AN EMERGENCY SITUATION?  YES ___  NO ✓  If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a BRIEF statement of your complaint/concern. This statement must be specific as to the complaint, dates, places, personnel involved and how you were affected. One issue or incident per complaint form. Additional pages or forms will not be allowed.

I went to classification today on August 4, 2004 and was harrassed
about my having hair on my face by Lt. Bailey. I informed him
I have a valid shaving with clippers script and that I am
not being given daily access to the clippers in punitive, nor
while assigned to Ad-Seg and policy requires a clean shave,
also I want to be clean shaven inside grooming policy's.
He stated that policy says they will get to me when they
get time and that will be every other weekend. He informed
me till then to use a razor. I advised him I had no problem
doing that in the area's I do not have a medical problem in
but the other part would have to be cut by clippers he said use a razor
or I will start writing you up keep it clean I don't care what medical says.

~~David Felty~~ #95976                    August 4, 2004
Inmate Signature                                      Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

STAFF RECEIPT AND ACTION TAKEN
O.F. Casberry                    Sgt Mathers 8/9/04

PRINT STAFF NAME (PROBLEM SOLVER)        Staff Code        Staff Signature / Date Received

Was this deemed an emergency?  Yes ___  No ✓

Was there a need to contact medical?  Yes ___  No ✓  If yes, give name of person contacted? _____

Describe action taken to resolve complaint, including dates  This is rejected due to
the fact you did not follow policy + procedures. See AD-
9708 you can only write in the space provided.
When you write outside the space provided this causes for
automatic rejection.   Rejected!! (AD)

Was issue resolved?  Yes ___  No ✓   Does inmate agree that issue was resolved?  Yes ___  No ✓

O.F.H.  8/13/04                    I'm not in cell 8:42 pm
Staff Signature/Date                    Inmate Signature/Date

AD 8/13/04

DISTRIBUTION:  YELLOW – Inmate Receipt

(AFTER COMPLETION)  PINK – Problem Solver Copy        BLUE – Grievance Officer
ORIGINAL – Given back to the Inmate After Completion

810-00

Exhibit #
# 1668

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER ___Tucker Max___

East #8 Isolation

**PLEASE PRINT**
Name ___DAVID FELTY___ ADC# 95976 Brks ____ Job Assignment ____

IS THIS AN EMERGENCY SITUATION? YES ___ NO ✓ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

It has been three yrs since i've had my teeth cleaned each time
I get to the top of the cleaning list I get transfered.
I've been on the cleaning list here over a year now and
have not had my appointment.
I was transfered here on July. 3, 2003 it's now August
3, 2004.
I placed in my request/sick call in July 2003.

Inmate Signature ___David Felty #95976___    Date ___August 3, 2004___

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

___CO2 F. Rasberry___                        ___Sgt Matthews 8-4-04___

PRINT STAFF NAME (PROBLEM SOLVER)    Staff Code    Staff Signature / Date Received

Was this deemed an emergency? Yes ____ No ✓

Was there a need to contact medical? Yes ✓ No ____ If yes, give name of person contacted? ___Dr. Carpenter (Dentist)___

Describe action taken to resolve complaint, including dates. Dental records reflect that have
received only one SCR for cleaning dated 3.18.04 from "Im Felty". 
you are on the cleaning list as of that date to see the dental
hygienist when your name comes up. No patient is placed before others
unless they are found to have periodontal disease Severe enough to have an

Was issue resolved? Yes ✓ No ____   Does inmate agree that issue was resolved? Yes ____ No ____

effect on their health
___CO2 F. Rasberry 8/13/04___                   ___I'm not incell___

Staff Signature/Date                          Inmate Signature/Date
                                              8:42 pm
                                              8/13/04
DISTRIBUTION: YELLOW – Inmate Receipt

**(AFTER COMPLETION)** **PINK** – Problem Solver Copy   **BLUE** – Grievance Officer
ORIGINAL – Given back to the Inmate After Completion

810-00

Exhibit #

hydrate. Formerly used as a diuretic, and now used in the treatment of *high altitude pulmonary edema* and glaucoma.

**ACETONE** N. colorless liquid with a characteristic sweet, fruity odor present in small amounts in normal urine but in increased amounts in the blood and urine of persons with faulty glucose and fat metabolism (e.g., in *diabetes mellitus* and certain other metabolic disorders). Commercially available specially treated paper and sticks that turn a certain color when wet with urine containing acetone are used by some persons with diabetes and others to test for acetone production as an indication of the course of their disorder.

**ACETONE BODIES** see ketone bodies.

**ACETONEMIA** N. presence of large amounts of *acetone* in the blood.

**ACETONURIA** see ketonuria.

**ACETYLCHOLINE** N. chemical that is an important *neurotransmitter* in the body, functioning in the transmission of impulses between nerve cells and between nerve cells and muscle.

**ACETYLSALICYLIC ACID** see aspirin.

**ACHALASIA** N. failure of a muscle, particularly a sphincter (muscular ring or valve), to relax, esp. in the gastrointestinal tract (e.g., the cardiac sphincter of the stomach) (see also cardiospasm).

**ACHE** N. a dull, usually moderately intense, persistent pain as in *headache*.

**ACHILLES TENDON** N. large *tendon* that connects the calf muscles to the heelbone.

**ACHLORHYDRIA** N. abnormal condition characterized by the absence of *hydrochloric acid* in the *gastric juice*, often associated with *pernicious anemia*, other severe anemias, and cancer of the stomach. ADJ. achlorhydric

**ACHOLIA** N. 1. condition in which little or no *bile* is secreted. 2. condition in which the normal flow of bile into the digestive tract is obstructed.

**ACHONDROPLASIA** N. inherited disorder in which a defect in cartilage and bone formation results in a form of *dwarfism* characterized by short limbs on a normal trunk; also called chondrodystrophy. ADJ. achondroplastic

**ACHROMASIA** N. condition in which there is less pigment in the skin than is normal; pallor (see also albinism; vitiligo).

**ACHROMATISM** N. state of seeing gray tones instead of colors; colorblindness.

**ACHROMIA** N. absence of normal color, as in *albinism*. ADJ. achromic

**ACHROMYCIN** N. trade name for the antibiotic tetracycline.

**ACHYLIA** N. absence or severe deficiency of *hydrochloric acid, pepsinogen*, or other digestive secretions. ADJ. achylous

**ACID** N. 1. chemical that has at least one hydrogen atom; tastes sour, turns litmus paper pink or red, and forms a salt when combined with a base (*hydrochloric acid* is normally a part of the digestive juice

produced in the stomach). 2. colloquialism for *lysergic acid diethylamide* (LSD), a drug that causes *hallucinations* (a person using LSD is called an "acid head"). ADJ. acidic

**ACID-BASE BALANCE** N. normal equilibrium between *acids* and alkalis (*bases*) in the body maintained by buffer systems in the blood and the regulatory activities of the lungs and kidneys in excreting wastes to prevent the buildup of excessive acids (*acidosis*) or alkalis (*alkalosis*) in the blood and other tissues. With a normal acid-base balance in the body, the blood is slightly alkaline, registering 7.35-7.45 on the *pH* scale (where 7 is neutral and above 7 alkaline).

**ACIDEMIA** N. condition in which there is an increased concentration of hydrogen ions in the blood and hence the blood is more acid than normal (below 7 on the *pH* scale).

**ACID-FAST** ADJ. pert. to microorganisms whose stained color resists decolorization after treatment with an acid solution, esp. the tubercle bacillus *Mycobacterium tuberculosis*.

**ACIDITY** N. condition of having an acid content, or of being an acid, or of tasting sour.

**ACIDOPHIL** N. 1. cell that readily stains with acids. 2. microorganism that grows in acidic materials; also called acidophile. ADJ. acidophilic

**ACIDOPHILUS MILK** N. preparation of milk that has been acted on (fermented) by a bacterium (*Lactobacillus acidophilus*), used in treating some intestinal disorders.

**ACIDOSIS** N. disturbance in the normal *acid-base balance* of

the body in which the blood and body tissues are more acidic than normal. It may result from respiratory causes leading to retention of carbon dioxide, as in breathing disorders; from metabolic causes such as prolonged or severe diarrhea, from impaired kidney function, as a complication of diabetes, or as a result of several common poisonings (salicylate, cyanide, isoniazide, methanol).

**ACID POISONING** N. poisoning resulting from the ingestion of a toxic acidic compound, such as hydrochloric acid, sulfuric acid, or nitric acid, many of which are found in cleaning products; for emergency treatment, contact a local poison control center for advice.

**ACINIFORM** ADJ. grape-shaped, as some tumors.

**ACINUS** N. general term for a small saclike structure, esp. that found in a gland. pl. acini. ADJ. acinar, acinic, acinose, acinous

**ACNE** N. inflammatory disease of the *sebaceous glands* of the skin, usually on the face and upper body, characterized by papules, pustules, comedones (blackheads) and in severe cases by cysts, nodules, and scarring. The most common form—acne vulgaris—usually affects persons from puberty to young adulthood. Treatment includes topical and oral antibiotics (e.g., tetracycline—but not before age 12), topical vitamin A derivatives, *dermabrasion*, and *cryosurgery*. (See also rosacea.)

**ACNEIFORM** ADJ. resembling or like acne.

**ACNE ROSACEA** see rosacea.

## ECHINOCOCCOSIS

**150**

which are responsible for human illnesses.

**ECHINOCOCCOSIS** N. infection with a larval tapeworm (*Echinococcus*), usually transmitted through contact with infected dogs (esp. their stool). It is characterized by cyst formation in various tissues, esp. the liver; the symptoms depend on the tissue affected. Treatment involves surgical excision of the cysts. Also called **hydatid disease**.

**ECHOCARDIOGRAPHY** N. diagnostic procedure using ultrasound waves to study the heart, its structure and motion. It is used to assess disorders of cardiac muscle function or valve function, or other abnormalities.



**TYPICAL M-MODE ECHOCARDIOGRAM OF THE MITRAL VALVE**

ECG tracing

Mitral valve leaflets

**ECHOENCEPHALOGRAPHY** N. diagnostic procedure using sound waves to study the brain; it may reveal expanding lesions or expansion of brain ventricles.

**ECHOLALIA** N. in psychiatry, automatic and meaningless repetition of another's words, sometimes occurring in *schizophrenia* and other neurological and mental disorders.

**ECHO VIRUS** N. any of a group of small viruses, some of

**ECLAMPSIA** N. rare (approx. 0.2% of all pregnancies in the United States) and serious pregnancy disorder. Eclampsia is characterized by convulsions, coma, high blood pressure, protein in the urine, and edema; signs include headache, blurred vision, epigastric pain, and anxiety. Once the convulsions are controlled and emergency treatment of the pregnant woman is completed, delivery of the fetus is usually necessary (fetal mortality is 25%). (See also toxemia of pregnancy.) ADJ. **eclamptic**

**ECSTASY** N. emotional state marked by exalted delight, exhilaration, extreme joy. ADJ. **ecstatic**

**ECT** see electroconvulsive therapy.

**ECTASIA** N. dilatation or distension of a part or organ (e.g., alveolar ectasia, abnormal expansion of the air sacs in the lungs); also **ectasis** (compare *atelectasis*).

**ECTO-** comb. form meaning "outside," "external" (e.g., *ectogenous*, coming from the outside, as disease-causing germs) (compare *endo-*).

**ECTODERM** N. in the embryo, outside layer of cells from which the nervous system; skin, special sense organs (eyes, ears), and certain other body parts arise. (The two other layers are the *mesoderm* and the *endoderm*.) ADJ. **ectodermal**, **ectodermic**

**ECTOMORPH** N. person whose physique is thin, fragile, generally nonmuscular (com-

**151**

**EFFUSION**

pare *endomorph*, *mesomorph*). ADJ. **ectomorphic**

**-ECTOMY** suffix indicating surgical removal of a part or organ (e.g. appendectomy, removal of the appendix).

**ECTOPIA** N. abnormal positioning of a part or organ, esp. at the time of birth. ADJ. **ectopic**

**ECTOPIC PREGNANCY** N. abnormal pregnancy, occurring in about 2% of all pregnancies, in which the fertilized egg implants outside of the uterus, most often (95%) in the Fallopian tube (*tubal pregnancy*) but occasionally in the ovary (*ovarian pregnancy*) or abdominal cavity (*abdominal pregnancy*). As the embryo develops the tube ruptures or other complications arise, usually causing immediate hemorrhage and requiring immediate surgery. Also called **extrauterine pregnancy**.

**ECTRO-** comb. form indicating *congenital* absence (e.g., ectromelia, congenital absence or imperfect development of the long bones of one or more limbs).

**ECTRODACTYLY** N. congenital absence of some fingers or toes.

**ECTROGENY** N. *congenital* absence of any body part or organ.

**ECTROPION** N. turning outward (eversion) of an edge or margin, esp. of the eyelid, as in injury, facial nerve paralysis, or atrophy of eye tissue.

**ECZEMA** N. inflammation of the skin, usually producing itching, the development of distinctive formations that release fluid and then form a crust; it may be caused by

contact with a specific irritant or occur without apparent cause. Treatment usually involves topical corticosteroids. ADJ. **eczematous**

**EDECRIN** N. trade name for the diuretic *ethacrynic acid*.

**EDEMA** N. abnormal collection of fluid in spaces between cells, esp. just under the skin or in a given cavity (e.g., peritoneal cavity) or organ (e.g., the lungs—*pulmonary edema*). Causes include injury, heart disease, kidney failure, cirrhosis, and *allergy*. Treatment depends on the cause but often involves bedrest, *diuretics*, and restriction of salt. Formerly known as **dropsy**; also called **hydrops**. ADJ. **edematous**

**EDENTULOUS** ADJ. without teeth, as when all the natural teeth have been removed.

**EEG** see electroencephalogram.

**EES** see erythromycin.

**EFFACEMENT** N. shortening of the *cervix* and thinning of its walls as it is stretched and dilated during *labor*.

**EFFERENT** ADJ. carrying outward, away from the center, as a nerve carrying impulses from the brain to a muscle, gland, or other effector organ or a vessel (e.g., blood or lymphatic vessel) carrying fluid (e.g., blood, lymph) away from an organ or part (compare *afferent*).

**EFFLEURAGE** N. rhythmic, firm or gentle, stroking, as in massage. Effleurage of the abdomen is commonly used in the *Lamaze method of childbirth*.

**EFFUSION** N. escape of fluid (e.g., blood, lymph, serum)

444

blood pressure, though classically associated with shock, is a late sign, especially in children. Treatment is primarily that of the underlying condition. Intravenous fluid therapy helps most patients, at least initially.

**SHOCK THERAPY** see electroconvulsive therapy.

**SHORT-ACTING** ADJ. pert. to a drug or other agent that has a short period of effectiveness, usually beginning shortly after administration (compare *long-acting*).

**SHOULDER BLADE** see scapula.

**SHOULDER**



Articular surfaces:
head of humerus
Coracoid process
Glenohumeral joint
A/C joint
Acromion
Greater tuberosity
Lesser tuberosity
Bicipital groove

**SHOULDER JOINT** N. *ball-and-socket joint* in which the *humerus* articulates with the *scapula*.

**SHUNT** v. to redirect the flow of a body fluid from one vessel to another. N. device implanted to redirect the flow of a body fluid.

**Si** symbol for the element *silicon*.

**SIAL-, SIALO-** comb. forms indicating an association with *saliva* or the *salivary glands* (e.g., sialadenitis, inflammation of the salivary glands).

**SIALOLITH** N. stone formed in a *salivary gland*.

**SIAMESE TWINS** N. twins born joined together at one or more body parts and often sharing a body part. Most Siamese twins can be separated surgically, the procedure depending on the site of connection and the extent of shared organs. Also called conjoined twins.

**SIBLING** N. one of two or more children who have both parents in common.

**SICKLE CELL** N. abnormal red blood cell (*erythrocyte*) with a crescent shape and abnormal form of *hemoglobin*.

**SICKLE-CELL ANEMIA** N. hereditary blood disease, occurring mostly in blacks, in which abnormal *hemoglobin* (hemoglobin HbS) causes red blood cells (*erythrocytes*) to become sickle-shaped, fragile, and nonfunctional, leading to anemia. Persons inheriting the trait from only one parent may show few symptoms; those homozygous for the trait (inheriting it from both parents) have chronic anemia, an enlarged spleen, lethargy, weakness, blood clot formation, and joint pain.

**SICKLE-CELL TRAIT** N. heterozygous *sickle-cell anemia* with both normal and abnormal *hemoglobin* present. There are usually no symptoms, the main concern being possible transmission to offspring. (see also sickle-cell anemia).

**SIDEROPENIA** N. iron deficiency, caused by inadequate iron intake in the diet or decreased loss from the body, as occurs in hemorrhage; or as by bleeding. The major manifestation is anemia, combated by iron administration.

445

**SIDEROSIS** N. form of *pneumoconiosis* in which iron dust or particles affect the lungs, causing *fibrosis*; it occurs among welders and other metal workers.

**SIDS** see sudden infant death syndrome.

**SIGMOID COLON** N. that part of the colon extending from the end of the descending colon to the rectum.

**SIGMOIDECTOMY** N. surgical removal of all or part of the *sigmoid colon*, usually to remove a malignant tumor.

**SIGMOIDOSCOPE** N. instrument, consisting of a tube and light, inserted through the anus to allow visualization of the *sigmoid colon*.

**SIGN** N. observable indication of a disease (e.g., *Babinski reflex*) (compare *symptom*).

**SILICON** N. nonmetallic element; occurs in traces in bones and teeth (see also Table of Important Elements).

**SILICOSIS** N. form of *pneumoconiosis* produced by inhaling silica dust; common among sandblasters, some miners, and others who work with sand.

**SILVER NITRATE** N. topical anti-infective agent used in wound dressings and placed in the eyes of newborns to prevent infection.

**SIMPLE FRACTURE** see fracture.

**SIMPLE MASTECTOMY** see mastectomy.

**SIMVASTATIN** N. oral agent (trade name Zocor) used in the treatment of *hypercholesterolemia*; the most common side effects are gastrointestinal in nature (e.g., constipation).

**SINEQUAN** N. trade name for the antidepressant *doxepin*.

**SINEW** see tendon.

**SINGULTUS** see hiccup.

**SINISTRALITY** see left-handedness.

**SINOATRIAL NODE (SA NODE)** N. area of modified cardiac muscle in the right atrium near the entry of the superior *vena cava* that generates impulses that travel through the muscles of both atria, causing them to contract. Cells in the node have an intrinsic rhythm independent of nerve impulse stimulation. Normally the node fires about 60–80 beats per minute, with certain other factors (e.g., exercise) causing faster rate. An artificial pacemaker can be used in cases of defective sinoatrial node. Also called pacemaker. (Compare *atrioventricular node*.)

**SINUS** N. 1. air cavity within a bone, esp. the *paranasal sinuses* in the bones of the face and skull. 2. wide channel containing blood, esp. *venous sinuses* in the dura mater, draining blood from the brain).

**SINUS HEADACHE** N. pain in the head resulting from congestion or infection in the *paranasal sinuses*. Typically the discomfort is localized over the forehead or behind the eyes and is increased by bending over. Treatment involves *decongestants, analgesics*, and sometimes *antibiotics*.

**SINUSITIS** N. inflammation of one of the *paranasal sinuses* occurring as a result of an upper respiratory infection, an allergic response, a change in atmospheric pressure, or a defect of the nose. As sinus secretions



# Submandibular Gland Stones & Ludwig's Angina



**Pictures**

**Acute Parotitis**

**Neck Abscess**

**Submandibular gland excision**

**Submandibular pleomorphic adenoma**

**Submandibular Lipoma**

**LUDWIG'S ANGINA** is an inflammation of the submandibular space, usually starting in the submaxillary space and spreading to the sublingual space via the fascial planes, not the lymphatics. As the submandibular space is expanded by cellulitis or abscess formation, the floor of the mouth becomes indurated and the tongue is forced upward and backward, causing airway obstruction. Ludwig's angina does not necessarily mature to form an abscess, it is more likely to produce a cellulitis or a phlegmon. It is typically bilateral and presents with drooling, trismus, pain, dysphagia, submandibular swelling airway obstruction caused by displacement of the tongue. The tongue may protrude outside the mouth. This is a life-threatening condition that requires tracheotomy. Before antibiotics, the mortality rate of Ludwig's angina was 50%. With modern antimicrobial and surgical therapies, the mortality rate is less than 5%.



Search



Ludwig's Angina requiring a tracheotomy and drainage. Click picture to enlarge.

 

This patient developed acute upper respiratory obstruction. The swelling became so severe that the tongue protruded outside the mouth. A tracheotomy was performed to provide an airway. After resolution of the infection, a large stone was found in the submandibular gland duct (Wharton's duct). The radio-opacity in the occlusal film on the left rapresents the stone that was removed (see picture below)



**Stone in Wharton's Duct**







Case 5:07-cv-00231-JMM   Document 2   Filed 09/07/07   Page 52 of 62
Exhibit #____



# EXCISION OF SUBMANDIBULAR GLAND

**Pictures**

**Submandibular Lipoma**

**Submandibular Pleomorphic Adenoma**

**Pleomorphic Adenomas of Salivary Glands**

**Submandibular Stones and Infections**

**Ludwig's Angina**

**Parotidectomy**

**Neck Masses**

**Neck Incision**

**Home**



Submandibular sialadenectomy (excision of submandibular gland) is indicated for various conditions, ranging from chronic infection to tumors. The submandibular gland has a higher incidence of malignant tumors than the parotid gland (about 2/3 of tumors are malignant versus 1/5 in the parotid). Stones may form in the duct or inside the substance of the gland, causing it to swell. The marginal mandibular branch of the facial nerve runs just lateral to the gland and is carefully localized prior to removing the gland.



Pleomorphic adenoma of the right submandibular gland. The facial nerve stimulator grounding electrode is seen in the right lower aspect of the incision.

| Professional Information  |  Office Information  |  What is Otolaryngology?  |  Post-Op Information |
| Informed Consent  | Educational Links  | Patient Information in Spanish | Snoring What's New? |
| Medical Equipment  |  Need a Map?  |  Hearing Aids  | Pictures |
Home

```
IISO100              STATUS ASSIGNMENT SHEET              TIME 10:10

ADC NO: 095976A   NAME: FELTY, DAVID L.   ("A")        STATUS: ACTIVE ADC
     DD: 04/18/2013   PE: 07/18/2004   CL: I-C        MED.: M2

----      ----    ---   ----   --------              ----------
                  SEE COMMENTS
02/24/00   DR    USE OF DRUGS, ALCOHOL, CHEMI G         GT CLASS REDUCED      IV
                  SEE COMMENTS                           ISOLATION DAYS       030
                                                         TIME FORFEIT DAY     0365
06/22/00   DR    INSOLENCE TO A STAFF MEMBER  G          GT CLASS REDUCED      IV
                  USING ABUSIVE/OBSCENE LANGUA G          ISOLATION DAYS       030
                  FAILURE TO OBEY ORDER OF STA G
03/02/01   DR    FAILURE TO OBEY ORDER OF STA G          GT CLASS REDUCED      IV
                  POSSESSION OF CLOTHING       G          ISOLATION DAYS       030
                  TAKING OF PROPERTY           G          TIME FORFEIT DAY     0090
06/29/01   DR    FAILURE TO OBEY ORDER OF STA G          GT CLASS REDUCED      IV
                                                         ISOLATION DAYS       010
10/24/01   MV    TRANSFERRED TO                             NORTH CENTRAL U
10/24/01   MV    RECEIVED FROM                              CUMMINS UNIT
11/09/01   DR    FAILURE TO OBEY ORDER OF STA G          GT CLASS REDUCED      III
                                                         TIME FORFEIT DAY     0060
11/26/01   DR    BATTERY                      G          GT CLASS REDUCED      IV
                  SEE COMMENTS                            ISOLATION DAYS       020
                                                         TIME FORFEIT DAY     0090
12/18/01   DR    INTERFERING WITH COUNT       G          ISOLATION DAYS       010
                  INSOLENCE TO A STAFF MEMBER  G
                  USING ABUSIVE/OBSCENE LANGUA G
03/06/02   DR    INSOLENCE TO A STAFF MEMBER  G          ISOLATION DAYS       020
                  SEE COMMENTS                            TIME FORFEIT DAY     0090
05/30/02   DR    FAILURE TO OBEY ORDER OF STA G          ISOLATION DAYS       015
                  SEE COMMENTS
                  ASSAULT                      G          GT CLASS REDUCED      IV
                  USING ABUSIVE/OBSCENE LANGUA G          ISOLATION DAYS       020
                  SEE COMMENTS
06/03/02   DR    ASSAULT                      G          GT CLASS REDUCED      IV
                  INSOLENCE TO A STAFF MEMBER  G          ISOLATION DAYS       030
                  USING ABUSIVE/OBSCENE LANGUA G          TIME FORFEIT DAY     0150
                  FAILURE TO OBEY ORDER OF STA G
                  SEE COMMENTS
06/04/02   DR    WRITTEN THREATS OF BODILY HA G          ISOLATION DAYS       030
                  SEE COMMENTS                            TIME FORFEIT DAY     0150
09/03/02   DR    FAILURE TO OBEY ORDER OF STA G          ISOLATION DAYS       020
                  MALINGERING, FEIGNING ILLNES G          TIME FORFEIT DAY     0090
                  SEE COMMENTS
10/04/02   MV    TRANSFERRED TO                           GRIMES UNIT
10/04/02   MV    RECEIVED FROM                            NORTH CENTRAL UNIT
04/16/03   MV    OUT TO HOSPITAL                          DIAGNOSTIC HOSP
04/16/03   MV    RET. FM. HOSP.     MEDICAL NEEDS        DIAGNOSTIC HOSP
04/17/03   MV    TRANSFERRED TO     IMPROVED HEALTH      GRIMES UNIT
04/17/03   MV    RECEIVED FROM      IMPROVED HEALTH      DIAGNOSTIC HOSPITA
```

FELTY, DAVID         5032229
OUTPATIENT     033Y/M/C
MR#: 0000153649  DR: BURNETT, HUG
DOB: 01/14/1970  ADM: 04/16/2003
SOURCE:

Exhibit 4

Exhibit # 62

56 061

**RECEIVED**

**INFORMAL RESOLUTION FORM (Attachment 1)**

WX 05/1339

UNIT/CENTER ___Tucker Max___      SEP 0 6 2005

PLEASE PRINT
Name ___David Felty___      GRIEVANCE OFFICER ___Briks___   East Isolation # 10 Cell
      MAXIMUM SECURITY UNIT      Job Assignment _____

IS THIS AN EMERGENCY SITUATION? YES _✓_ NO ___ If yes, why? _I cannot get proper medical_
_knee and footwear till proper diagnosis can be made from x-ray of patella._

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_On 8/13/05 I requested to have a full review access review_
_of my medical file dating from 1991 to 2005 to Infirmary Records and_
_to Ms. Green. On 8/24/05 these records were not in full. On reviewing_
_of my medical file. On 8/24/05 I requested to review file again with_
_the same info to the same staff. On todays date 8/30/05 I note that_
_this info is still not there nor is the info I ask for on request for_
_interview to the above personel on specific x-ray's, namely two of the_
_four oclusals' being returned to my medical file that were made on 5/26/05_
_and send to Dr. Burnett but never returned to my file. I'm also requested_
_new x-ray's of my patella bone due to the 9/21/04 Radiology Report. My_
_injury is to the patella it's apparent this is the x-ray most needed for Consult._

_____      ___8/30/05___
Inmate Signature      Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

_____   ___Sgt Bailey 8-31-05___

PRINT STAFF NAME (PROBLEM SOLVER)      Staff Code      Staff Signature / Date Received

Was this deemed an emergency?  Yes _____  No _____

Was there a need to contact medical?  Yes _____  No _____  If yes, give name of person contacted? _____

Describe action taken to resolve complaint, including dates. _After reviewing your medical jacket_
_I found the report regarding your 4 oclusal x-rays. By the_
_X-rays are kept at Dr. Burnetts office at this time. If you_
_need assistance viewing your med. medical jacket review_
_please ask for help_

Was issue resolved?  Yes _____  No _✓_    Does inmate agree that issue was resolved?  Yes _____  No _✓_

_____ ___9/2/05___      _____ ___9/2/05___
Staff Signature/Date      Inmate Signature/Date

DISTRIBUTION:  YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy      BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion      810-00

## GRIEVANCE FORM - (Attachment 1A)   RECEIVED

| | FOR OFFICE USE ONLY |
|---|---|
| | Grv. # MY05   1339 |
| UNIT/CENTER __Tucker Max__   SEP 0 6 2005 | Date Received __9.6.05__ |
| GREIVENCE OFFICER MAXIMUM SECURITY UNIT | Grievance Code: __600__ |

PLEASE PRINT
Name __David Felty__   ADC# __95976__   Brks ___ ~~Job Assignment~~ ___   East Isolation #10 Cell

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes __✓__   No ____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes __✓__ No ___ If yes, give date __9/2/05__

Why do you feel the informal resolution was unsuccessful? __There is no mention that the two occlusals at Dr. Burnett's office are per policy being placed back in my file, no mention of the 1991-2005 file access, no mention of why x-ray on patella is not being performed; all in violation of medical policys.__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

__On 8/13/05 I requested to have a full review access review of my medical file dating from 1991 to 2005 to Infirmary Records and to Ms. Green. On 8/24/05 these records were not in full. On reviewing of my medical file. On 8/24/05 I requested to review file again with the same info to the same staff. On todays date 8/30/05 I note that this info is still not there nor is the info I ask for as request for interview to the above personal on specific x-rays, namely two of the four occlusals being returned to my medical file that were made on 5/26/05 and sent to Dr. Burnett but never returned to my file. I'm also requesting new x-rays of my patella bone due to the 9/21/04 Radiology Report. My injury is to the patella its apparent this is the x-ray most needed for Consult.__

IS THIS AN EMERGENCY SITUATION? YES __✓__ NO ___ If yes, why? __I cannot get proper medical attention and diagnosis.__

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

__[signature] #95976__          __9/2/05__
INMATE SIGNATURE                              DATE

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) __Betty J. Thomas__   Signature __Co II Thomas__

FROM WHICH INMATE? __Felty__   ADC# __95976__

DATE __9-2-05__   TIME: __3:10 pm__

Exhibit #

# CMS GRIEVANCE RESPONSE

Grievance #: MX#05-01339

| Inmate: Felty, David | | ADC# 095976 | | DOB: |
|---|---|---|---|---|
| Facility: Maximum Security Unit | | Barracks: E-10 | | |
| Ltr Date 09/02/05 | Date Infirmary Rec'd 09/08/05 | | Response Date: 09/08/05 | |

| Interview:  X Required  8/11/05 | | Deferred | |
|---|---|---|---|

**Inmate's Complaints:  (Code 603) On 8/13/05 I requested to have a full review access review of my medical file dating from 1991 to 2005 to infirmary records and to Ms. Green. On 8/24/05 these records were not in full. On reviewing my medical file. On 8/24/05 I requested to review file again with the same info to the same staff. On today's date 8/30/05 I note that this info is still not there nor is the info I ask for on request for interview to the above personnel on specific x-rays, namely two of the four occlusals being returned to my medical file that were made on 5/26/05 and sent to Dr. Barnett but never returned to my file. I also am requesting new xrays of my patella bone due to the 9/21/04 radiology report. My injury is to the patella its apparent this is the xray most needed for consult.**

*Response:  You request that the two occlusion x-rays be returned to your medical jacket; we will contact Dr. Burnett and request that the x-rays be returned to your jacket at his earliest convenience. If he has completed his process with them. Your medical jacket is complete in medical; you reviewed it last on August 30, 2005. The xray of your patella is a year old; at no time in the last year have you placed a sick call in reference to your knee. If you are continuing to have trouble with your knee please place a sick call and follow the sick call process.   If I can be of further assistance feel free to contact me.*

**Recommendation: Please use the sick call process for your medical concerns.**

| Responding Staff | Juanita Stell LPN   Date  09/08/05 | |
|---|---|---|
| Original - ADC Grievance Officer<br>Copy - Inmate<br>Copy - File | | **Follow Up Required?  No x Yes  Date** |

# ATTACHMENT VII

RECEIVED
OFFICE OF THE
INVESTIGATOR
OCT 07 2005
HEALTH & CORRECTIONAL PROCS.
AR DEPT. OF CORRECTION

Attachment II

INMATE NAME  FELTY, D                    ADC#  095976          GRIEVANCE#  MX#05-01339

## WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty working days of the date I received your grievance. Should you receive no response within this time frame, or the response that you received is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional Programs. If you have medical needs that you believe are urgent, put in a Sick Call Request, or send a Request for an Interview to the Medical Administrator.



_____        **WARDEN**              9-6-05
Signature of ARO or Warden's/Supervisor's Designee        Title                    Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not additional issues which are not a part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?

X-rays of my patella have not been done  neither have

the occlusal x-rays sent to Dr. Burnett been returned

to my files.

_____                              Sept 10, 2005
Inmate Signature                                                    Date

RECEIVED
OFFICE OF THE
INVESTIGATOR
OCT 07 2005
HEALTH & CORRECTIONAL
AR DEPT. OF CORR.

# ACKNOWLEDGMENT OF GRIEVANCE

TO:      Inmate <u>Felty, David</u>      ADC# <u>95976</u>      Unit<u>Maximum Security</u>

FROM:    Max J. Mobley, Deputy Director

RE:      Receipt of Grievance <u>MX05-1339</u>

DATE:    <u>October 10, 2005</u>

Please be advised, the appeal of your grievance dated <u>9/2/05</u>
         was received in my office on this date <u>10/7/05</u>

You will receive a response from this office by     <u>11/17/05</u>

        **OR**

☐  This grievance is being returned to you because the time allowed for appeal has expired

☐  This grievance is being returned to you because you have not attached
      ☐ the informal resolution (Attachment 1)
      ☐ the original grievance form (Attachment 1a)
      ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
      ☐ the Infirmary Response and/or the Mental Health Response
      ☐ a clear statement of appeal (Back of Attachment 2)
Return your grievance with the checked items if you wish to continue the appeal process.

*Exhibit # C-1*

Back of Attachment II

| INMATE NAME | Felty, David | ADC | 95976 | GRIEVANCE | MX05-1339 |

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your appeal dated September 10, 2005 states that you have not had x-rays taken of your patella and that the two occlusion x-rays have not been returned to your medical file from Dr. Burnett's office.

The medical staff states that you reviewed your complete medical file on August 30, 2005 with the exception to the two x-rays, which you state, were not found in your medical file. It is noted that they were located in Dr. Burnett's office. You filed your appeal two days after the medical response was generated which did not allow staff time to retrieve and place them in your record.

You have been advised that if you are having difficulty with your knee then you need to submit a sick call to be evaluated with possible referral to see the physician. Any x-rays must be at the recommendation of the unit provider, not the nursing staff.

This appeal has no merit.

_____         10 - 25 - 05
SIGNATURE of MAX MOBLEY                          DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

Felty, David
ADC: 095976
BRKS: 7-07

We received your request for interview:

Date received: May 1, 2006

Your request for interview concerns your medical jacket and some missing information and two occlusal films. We have researched you medical jacket and found the following information.

Jacket volume II contains: Progress notes from 1996, 1997, 1998, 1999, 2000 and 2001. It contains the refusal for surgery for the stone under your tongue from 2000 and a treatment sheet for weekly blood pressure from 2001. It also contains chronic care notes from 2001.

Jacket Volume III contains: Your transfer in 2001 and your approval to work in food service in 2001. This volume also contains surgery consent form from 1997. It includes notes from the orthopedics in 1996, and many progress notes from 1999 through 2001. This volume is where I found the progress notes from your knee surgery in 1996.

Jacket Volume IV contains: sick calls from 2000 and 2001.

I spoke with the doctors office that has your occlusal x-rays that office is sending them to us. They state they will put them in the mail today. If I can be of further assistance please let me know.

J. Stell LPN
Grievance Nurse
MSU
May 18, 2006

Received: 5/19/06    Responded with below: 5/22/06

I still need 1991 — 1996, this is the material ive not been able to review because it is not a part of my files upon review.

I Assume it would be volume I, seeing you have volumes II, III and IV.

**12-29-402. Physical examination — Assignment to labor.**

(a)  All prisoners committed to the Department of Correction shall be given a physical examination initially upon arrival and then as often as determined by medical staff of the department.

(b)  Inmates shall be assigned to labor as shall be fitting, with due consideration being given to their physical condition.

History. Acts 1943, No. 157, § 3; 1981, No. 59, § 2; A.S.A. 1947, § 46-138.

© 2007 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

### 12-29-403. Disabled convicts — Duty of physician.

(a) (1) In the case of any convict claiming to be unable to labor by reason of sickness, it shall be the duty of the physician to examine the convict.

(2) (A) If in the opinion of the physician the convict is unable to labor, the physician shall immediately certify his or her opinion to the Director of the Department of Correction.

(B) The convict shall then be relieved from labor and sent to his or her cell or admitted to the hospital or elsewhere for medical treatment, as the physician may direct, with due regard being given to the safekeeping of the convict.

(b) The convict shall not be required to labor so long as the disability continues.

(c) Whenever the physician shall certify that the convict has recovered, he shall be returned to labor and not before.

History. Acts 1893, No. 76, § 34, p. 121; C. & M. Dig., § 9665; Pope's Dig., § 12705; A.S.A. 1947, § 46-151.

© 2007 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.