IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID FELTY**
**ADC #95976**                                                                                          **PLAINTIFF**

**V.**                              **5:07CV00231 JMM/BD**

**MAX MOBLEY, Deputy Director,**
**Arkansas Department of Correction;**
**and DR. HUGH BURNETT**                                                              **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Separate Defendant Hugh Burnett's Motion to Dismiss (docket entry #37) is DENIED.

IT IS SO ORDERED, this   7   day of   May  , 2008.

_____
UNITED STATES DISTRICT JUDGE