# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DAVID FELTY**
**ADC #95976**                                                                                                    **PLAINTIFF**

V.                                  **5:07CV00231 JMM/BD**

**MAX MOBLEY, Deputy Director,**
**Arkansas Department of Correction;**
**and DR. HUGH BURNETT**                                                                               **DEFENDANTS**

## ORDER

Defendant Burnett previously filed a Motion to Compel Medical Examination pursuant to Federal Rule of Civil Procedure 35 (docket entry #124). The Court granted Defendant Burnett's motion (#126). Plaintiff then refused to submit to the x-rays as ordered by the Court (#130).

Plaintiff has now filed a Response in Opposition to this Court's Order (#132). In the Response, Plaintiff states that he will now submit to the x-rays. The Court again orders Plaintiff to submit to paranex and occlusal x-rays of his lower jaw.

Plaintiff is cautioned that failure to abide by this Court's order could result in dismissal of this action pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v).

IT IS SO ORDERED this 25th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE