**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DAVID FELTY**
**ADC #95976**                                                                                          **PLAINTIFF**

**V.**                              **5:07CV00231 JMM/BD**

**MAX MOBLEY, Deputy Director,**
**Arkansas Department of Correction;**
**and DR. HUGH BURNETT**                                                                **DEFENDANTS**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' Motions for Summary Judgment (docket entries #83 and #99) are GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this   25   day of   February  , 2009.

_____
UNITED STATES DISTRICT JUDGE