IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID FELTY**
**ADC #95976**                                                                                  **PLAINTIFF**

**V.**                              **5:07CV00231 JMM/BD**

**MAX MOBLEY, Deputy Director,**
**Arkansas Department of Correction;**
**and DR. HUGH BURNETT**                                                          **DEFENDANTS**

## AMENDED JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  25   day of  February , 2009.

_____
UNITED STATES DISTRICT JUDGE